## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**DERRICK and ANITA SEYMORE, et al.**                                        **PLAINTIFFS**

**v.**                          **CASE NO. 4:10-cv-00239 BSM**

**UNION PACIFIC RAILROAD COMPANY**                              **DEFENDANT**

### ORDER

On February 7, 2011, Melton and Ruth Haynie moved to dismiss without prejudice by filing an agreed order of dismissal with the clerk's office. [Doc. No. 12]. The agreed order of dismissal was signed both by counsel for the Haynies and counsel for the defendant. Both parties agree to the language of that order.

The motion to dismiss without prejudice is granted and the agreed order of dismissal is adopted.  Melton and Ruth Haynie are dismissed from this lawsuit without prejudice and each side must bear its costs, expenses, and attorneys' fees.

IT IS SO ORDERED this 18th day of February, 2011.

_____
UNITED STATES DISTRICT JUDGE