`IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION


**DERRICK and ANITA SEYMORE, et al.**                               **PLAINTIFF**


**V.**                          **NO. 4:10-CV-239-BSM**


**UNION PACIFIC RAILROAD COMPANY**                          **DEFENDANT**


## ORDER

Defendant moves to compel [Doc. No. 14] production of documents, answers to interrogatories, and damages calculations. Plaintiffs respond that they have produced the documents available to them. The motion to compel is GRANTED as to any damages calculations that remain outstanding, any available documents used to support the damages calculations, and any requested insurance documents that plaintiffs can reasonably obtain from their insurers. The motion is also GRANTED as to any closing documents or information to the extent that they are possessed by the plaintiffs. The motion is DENIED as to any closing documents that plaintiffs do not possess or to which they do not have reasonable access.

IT IS SO ORDERED this 9th day of May, 2011.


_____
UNITED STATES DISTRICT JUDGE