1          IN THE UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF ARKANSAS
2                WESTERN DIVISION

3  DERRICK AND ANITA SEYMORE;  ) PLAINTIFFS
    SHANE SMITH; THADDEUS AND   )
4  KAY WINTERS; BRIAN AND       )
    STEPHANIE PARKER; KEITH     )
5  GRIFFIN; ARNOLD AND SHELLY  )
    FELBERMAYER; JAMES AND      )
6  NORMA TAYLOR; GENE AND      )
    EMMA ADAMS; CONNIE AND      )
7  STEWART KIRBY; GREGORY      )
    HORNESS; ANTHONY AND        )
8  SHERRY HEALY; LINDA         )
    CRIDER; JONATHAN AND RENEE  )
9  GORDON; AND MELTON AND     )
    RUTH HAYNIE             )
10                    )
    VS.                ) CASE NO. 4:10CR00239 BSM
11                   )
    UNION PACIFIC RAILROAD     )
12  COMPANY             ) DEFENDANT.

13          - - - - - - - - - - - - - - - - - - - - - - - - -

14              ORAL DEPOSITION OF

15              GREGORY HORNESS

16               MAY 13, 2011

17        - - - - - - - - - - - - - - - - - - - - - - - - -

18

19      ORAL DEPOSITION OF GREGORY HORNESS, produced as a
    witness at the instance of the Defendant, and duly
20  sworn, was taken in the above-styled and numbered cause
    on May 13, 2011, from 9:06 a.m. to 10:50 a.m., before
21  Crystal Garrison, Certified Court Reporter, in and for
    the State of Arkansas, reported by machine shorthand, at
22  Swindoll Law Firm, 212 Center Street, Suite 300, Little
    Rock, Arkansas 72201, pursuant to the Federal Rules of
23  Civil Procedure.

24

25                ORIGINAL

1 going to walk into your house, do you step up onto a

2 step and then step up into your house?

3 A.   No.   I automatically step up into my house.

4 Q.   Okay.  All right.  Do you know -- when you got home

5 from work on October 30th and you said it was between

6 4:30 to 5:00 timeframe, do you know if it was still

7 raining then?

8 A.   It was not raining.

9 Q.   Okay.

10 A.   No, sir.

11 Q.   Do you recall when it had stopped raining?

12 A.   Oh, I can't answer that, no, sir.

13 Q.   The next day, I presume, it was not raining; is that

14 correct?

15 A.   Correct.

16 Q.   Okay.  Do you have any idea what the rainfall

17 amounts were in October?

18 A.   No, sir.

19 Q.   Okay.  Do you have any training, experience, or

20 education in estimating cost of repairs for flood damage

21 or anything like that?

22 A.   No, sir, I do not.

23 Q.   Okay.  So that's outside of your expertise?

24 A.   Right.

25 Q.   Okay.  So, I presume any opinions you would have in

1  that regard would be speculation?

2  A.  Well, actually, I had my house estimated for damages

3  after the flood. And I'm wanting to say they estimated

4  it had at least 44 to $45,000 worth of damage. That was

5  the first flood.

6  Q.  Okay. So, that was an estimate based on a

7  contractor came out --

8  A.  Yes, sir.

9  Q.  -- and did an estimate? Okay. All right. I just

10  wanted to make sure you didn't --

11  A.  No.

12  Q.  -- sit down and try to put figures? And don't have

13  an opinion --

14  A.  No. I wouldn't even be able to begin to estimate.

15  Q.  Okay. And then, I want to ask you the same question

16  for: Have you ever had any experience, training,

17  education in appraising houses?

18  A.  No, sir.

19  Q.  Okay. So, any opinions you would have as to values

20  of the house before and after the flood would be

21  speculation?

22  A.  It would just be my opinion.

23  Q.  Okay. It's not based on any expertise?

24  A.  No, sir.

25  Q.  Okay. Is that outside of your area of expertise as

1  A. · No, sir.

2  Q.  Okay.  So you don't have any personal knowledge as

3  to how big they are, what length or condition or

4  anything like that?

5  A.  No, sir.

6  Q.  All right.  Have you ever talked to anyone from the

7  railroad?

8  A.  No, sir.

9  Q.  Okay.

10  A.  But after all this flooding, I have a friend that

11  works with me at the dealership and he lives in

12  Jacksonville.  Of course, Jacksonville flooded.  And he

13  has railroad tracks in front of his house and made a

14  comment to them that some trestles were blocked and no

15  water was draining.  And immediately, he has orange

16  markings in front of his house and they're trying to

17  handle that pronto, right now.

18  Q.  Who is that; is that --

19  A.  Union Pacific.

20  Q.  But I mean, who's your friend?

21  A.  Red January, Gary January.

22  Q.  Gary January?

23  A.  Uh-huh.

24  Q.  And he lives in Jacksonville?

25  A.  Well, on the out -- wherever the actual railroad

1  runs through.

2  Q.  Okay.

3  A.  I'm wanting to -- I don't know where he lives.  I

4  can't answer that.  I'm just going by what he told me

5  about the railroad.

6  Q.  Is he -- do you know if he's in town or out in the

7  country or?

8  A.  I'm wanting to say he's on the outskirts of

9  Jacksonville.

10  Q.  Okay.  Have you been to his house?

11  A.  No, sir.  No, sir.  I couldn't -- I'm just going by

12  what he said.

13  Q.  Okay.  And so, he said he --

14  A.  He made a phone call and was complaining about

15  drainage because his house got flooded.

16  Q.  Did he call the City of Jacksonville?

17  A.  Again, I --

18  Q.  You don't know that?

19  A.  I don't know that.

20  Q.  Okay.  So you don't know who he talked to?

21  A.  Yeah.  I just -- once he said that there was orange

22  markings and their starting to do stuff for drainage, it

23  just dawned on me about --

24  Q.  Okay.

25  A.  -- trestles and stuff.

1  A.   I don't know anything.

2  Q.   All right.

3  A.   Because, again, if that had been known, I would have

4  never purchased the house.

5  Q.   You wouldn't have bought the house?

6  A.   Yes, sir.

7  Q.   If, in fact, the city did not follow the proper

8  procedures for allowing houses to be built in the

9  floodplain, would you put at least part of the

10  responsibility of the flood on the city?

11     MS. GILBERT:  Objection.  That calls for

12  speculation.

13  Q.   (BY MR. MCKAY) You can go ahead and answer.  She

14  just has to make her record.

15  A.   Well, I mean, I can't say yea or nay.  But from what

16  I've gathered and seen as far as picture-wise goes, it

17  seems funny that the neighborhood stays flooded and the

18  other side of the tracks is dry.  That seems a little

19  bit odd to me.

20  Q.  And what pictures have you seen that show the

21  neighborhood side flooded and the --

22  A.   Aerial footages.

23  Q.   Okay.  The aerial photographs --

24  A.   (Nodding head.)

25  Q.   -- are those the ones that Milton McCullar showed to

1   off. or that there was any water whatsoever in the

2   neighborhood?

3   A.   No.

4   Q.   Okay.

5   A.   No, sir.

6   Q.   Now, you said you had never been down and looked at

7   the railroad --

8   A.   Huh-uh.

9   Q.   -- trestles, right?

10   A.   Right.

11   Q.   Okay. So, if those trestles had been blocked, you

12   wouldn't have any personal knowledge of that?

13   A.   I don't have any personal knowledge until, you know,

14   now.

15   Q.   Okay.

16   A.   That's --

17   Q.   Have you ever talked to anyone that said, "I was

18   down there and I saw the railroad trestles blocked up

19   with debris," or anything like that?

20   A.   No, sir, I haven't.

21   Q.   Okay. Let's go to -- it's probably on the third

22   page, the second one down -- actually, the first

23   interrogatory on that page, it says "Interrogatory No.

24   6"; do you see that?

25   A.   Yes, sir.

1       REPORTER'S CERTIFICATION

2       ORAL DEPOSITION OF GREGORY HORNESS

3                   MAY 13, 2011

4

5       I, CRYSTAL GARRISON, Certified Shorthand Reporter

6   in and for the State of Arkansas, hereby certify to the

7   following:

8       That the witness was duly sworn by the officer and

9   that the transcript of the Oral Deposition is a true

10  record of the testimony given by the witness;

11      I further certify that I am neither counsel for,

12  related to, nor employed by any of the parties or

13  attorneys in the action in which this proceeding was

14  taken, and further that I am not financially or

15  otherwise interested in the outcome of the action.

16      Certified to by me this 30th day of May,

17  2011.

18

19

20

21

22

23                                  Crystal Garrison, CCR # 613

24                                  Bushman Court Reporting
                                    620 West Third Street, Suite 302
25                                  Little Rock, Arkansas 72201
                                    (501) 372-5115