Phillip McKenna                                              July 14, 2011

                                                                        1

```
        IN THE UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF ARKANSAS
                  WESTERN DIVISION

DERRICK and
ANITA SEYMORE, et al., )
                       )
        PLAINTIFFS,    ) DEPOSITION OF
                       ) PHILLIP MCKENNA
           VS.         )
                       )
UNION PACIFIC RAILROAD,)
                       )
        DEFENDANT.     )
                       )
------------------------

        DEPOSITION OF PHILLIP MCKENNA, taken
```

before Leslie B. Anderson, Stenographic Court Reporter, General Notary Public within and for the State of Nebraska, beginning at 9:00 a.m., on July 14, 2011, at the Hilton Garden Inn, 1005 Dodge Road, Omaha, Nebraska pursuant to the Nebraska Supreme Court rules.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.852.9737
Facsimile: 214.954.4111

Suite 4750
1700 Pacific Avenue
Dallas, TX 75201
www.esquiresolutions.com

Phillip McKenna                                      July 14, 2011

85

1     Q.   Now, did you visit in October and December
2  this area when you heard about the water up against
3  the track?
4     A.   No.
5     Q.   Okay.  So if I showed you pictures of the
6  people working, you won't be in those pictures, and
7  you didn't see them working out there?
8     A.   No.
9     Q.   You do know what they did, obviously, from
10 our discussions?
11    A.   Yes, I do.
12    Q.   Okay.
13    A.   But, no, I'm not in the photos.
14    Q.   Now, the next level of discussion for us
15 has to do with -- I understand that you and other
16 UP officials met with the City of Beebe after the
17 flood in 2009?
18    A.   That's correct.
19    Q.   Okay.  Were you present during those
20 discussions?
21    A.   Yes.
22    Q.   Who was present there that we can describe
23 and discuss?
24    A.   There were three separate instances that I
25 recall, and the parties were different, I believe,



Toll Free: 800.852.9737
Facsimile: 214.954.4111
Suite 4750
1700 Pacific Avenue
Dallas, TX 75201
www.esquiresolutions.com

Phillip McKenna                                      July 14, 2011

86

1  all three times.
2      Q.   Okay.  What was it that the City of Beebe
3  was asking Union Pacific to do?
4      A.   The City of Beebe was represented by Mayor
5  Robertson there at least for the first two
6  meetings.  The third meeting, there was another
7  party there.  The first two meetings -- actually he
8  was in all three.  Mayor Robertson basically asked
9  us to look at the situation as far as drainage.
10     Q.   Okay.  And did they present you -- Don
11 Beavers, did you discuss with Don Beavers, the city
12 engineer, about the drainage in this situation?  Do
13 you remember discussing with him?
14     A.   There was an individual present at the
15 third meeting, and I don't recall his name.
16     Q.   Okay.
17     A.   That may have been the gentleman at
18 meeting number three.
19     Q.   We talked about Mayor Robertson, and we
20 talked about you --
21     A.   Uh-huh.
22     Q.   I think there's another UP official who
23 may have been at one or all three of these
24 meetings; is that correct?
25     A.   Yes.



Toll Free: 800.852.9737
Facsimile: 214.954.4111
Suite 4750
1700 Pacific Avenue
Dallas, TX 75201
www.esquiresolutions.com

Phillip McKenna                                          July 14, 2011

                                                                   128

```
 1   July 26, 2011
 2   MR. PHILLIP MCKENNA
     UNION PACIFIC RAILROAD
 3   1400 Douglas Street, Stop 0910
     Omaha, Nebraska 68179-0910
 4
     Dear Mr. McKenna:
 5           You have elected to read and sign your
     deposition taken on July 14th, 2011.
 6           Enclosed please find a transcribed,
     condensed copy of your deposition and separate
 7   correction page.  THIS IS A VALUABLE DOCUMENT, so
     please take a few minutes at this time to do the
 8   following:
             1.   Read your deposition thoroughly.
 9   Photocopying or other reproduction of this document
     without the express consent of Thomas & Thomas
10   Court Reporters is strictly prohibited.
             2.   Make corrections only on the
11   enclosed, separate correction page entitled
     "AMENDMENT TO DEPOSITION."  Do not make corrections
12   on the condensed transcript.
             3.   Sign in the spot indicated as
13   "WITNESS" on the page entitled "AMENDMENT TO
     DEPOSITION" and have that page notarized by a duly
14   licensed Nebraska Notary Public.
             4.   Please return the separate
15   correction page with or without corrections within
     30 days to the Office of Thomas & Thomas Court
16   Reporters, 3861 Farnam Street, Omaha, Nebraska
     68131.  Failure to read and sign and return within
17   30 days will result in delivery of the Original
     Deposition without signature, and signature will
18   have been deemed waived by the witness.
19           Sincerely,
20
21           _____
             LESLIE B. ANDERSON
22           COURT REPORTER
             GENERAL NOTARY PUBLIC
23
24   Copies to:
25
```



Toll Free: 800.852.9737
Facsimile: 214.954.4111

Suite 4750
1700 Pacific Avenue
Dallas, TX 75201
www.esquiresolutions.com