# Daily Citizen

**Mayor blames railroad for flood**                                                                 Print Page

Public meeting held to share information with council

By Warren Watkins

The Daily Citizen

BEEBE - The mayor placed the blame for a Christmas Eve flood that inundated 21 homes in the Windwood subdivision on changes made on a nearby railroad grade in a special called meeting Tuesday night.

Located near the Union Pacific Railroad in the southwest part of the city, the neighborhood is partly on land once farmed by Buddy Guyton, who told the council that he seen the land's base flood elevation, the figure used to set development policies, change from 216 feet to 222 feet over the years.

Mayor Mike Robertson said the meeting was held to bring the council up to date about the flooding and the responses by the city. Because the purpose of the meeting was not held to discuss responses by the Federal Emergency Management Administration (FEMA), the Arkansas Department of Emergency Management, the White County Office of Emergency Management and other county authorities, representatives from those entities were not informed of the meeting and were not present.

However, some of the citizens in attendance, such as Steward Kirby, were unaware of the scope of the meeting, arriving frustrated and leaving more so. Kirby's house at 1031 Tori Lane was flooded in the incident, less than two months after being flooded on Oct. 30 in a similar event.

Representative Jonathan Dismang went to the flooded area when he heard of the disaster.

"As I turned on to Birchwood Drive on Christmas morning, my heart sank," Dismang said. "I think my son Cade best described the situation when he looked down the road and said, 'This makes me want to cry.' I couldn't imagine a more difficult situation than that of being driven from your home during the early hours of Christmas morning. My heart goes out to those individuals."

Robertson and others used a boat to go from door to door in the subdivision, and White County Judge Michael Lincoln toured the flooded area Christmas morning along with Bill Haynie, the chairman of the county's 911 board.

Lincoln declared the county a disaster area for the Dec. 24-5 flooding, Robertson said.

Development.

※ In the late 80's and early 90's a railroad trestle that provided drainage to the neighborhood burned and was replaced with gravel and dirt, according to the city's floodplain manager, Milton McCullar.

Construction throughout the entire community also contributed to the flood, Robertson said, with run-off capabilities and behaviors influenced by new buildings.

"Progress has created a monster," Robertson said. We started doing ditch and drainage work two



EXHIBIT 119

years ago, spending $200,000. When it helps one spot it hurts another."

Solving the problem to avert future floods in the area is a concern, Robertson said.

"Now we'll deal with it," Robertson said. "I think that as far as we can do, we need to get the runoff out quicker rather than it backing up. The railroad track works as an obstruction where it can't get out quick enough."

B & F Engineering out of Hot Springs is studying the situation, Robertson said, and he hopes to see preliminary results of their investigation within a week.

"We're going to do everything possible to deal with this situation," Robertson said. "It might be that the base figures won't flood if we can get the water out quick enough."

Robertson said he wants federal and state officials to be in on talks with Union Pacific.

Repeated calls placed to the cell phone of a Union Pacific public information officer by the Daily Citizen in reference to this article were not returned by press time.

"They're still trying to pass the buck to someone else," Kirby said. "They're not following their own regulations."

Discussion at the meeting included questions on why homes were allowed to be built on land that could flood.

"Everybody keeps passing the buck," said Lisa Lang, adding that her daughter probably would not have bought a house, which flooded, if she had known it was in the floodplain.

"Everything I have read says that, from the time much construction began down in that area, city officials made every attempt to establish a good flood base elevation by methods that were acceptable by the state and they did so," Robertson said. "The elevations were good for some time, but in 2003 or 2004 elevations came from FEMA that said they might be 217 or 218, then in 2005 they said we need to be at 220. The city made every effort for builders to build at an accepted elevation, and that's what they did."

The city's 2003 flood plain ordinance was designed to regulate building and rebuilding in the floodplain.

"Why were house allowed to be built without flood permits?" Kirby asked.

Robertson said that, even when the FEMA information said the flood base elevation was 220 feet, contractors built homes at 222 feet that in the Dec. 25 flood were saved from flooding by only three inches.

Disaster funds

Tamara Jenkins, the director of the White County Department of Emergency Management, said she is working toward applying for disaster funds for local flood victims, which include some in Judsonia, and asked victims to be patient.

"There are steps we have to go through before FEMA gets involved," Jenkins said. "We have to know a dollar amount of damages. We have to go out and guesstimate whether it be roads, houses, public buildings, and come up with the dollar amount of damage that I think we have sustained. If it meets or exceeds a certain dollar amount we'll qualify and that's when we have reached that disaster status."

Jenkins asked that victims contact her office.

"I've talked to 90 percent of them already," Jenkins said. "They all know we're at that point where I'm gathering this information and trying to get it to the state. There is no place for them to go to fill out forms. Catholic Charities has come in and offered to help pay for some of the hotel costs and

minor repairs for an emergency situation, like if someone is still without heat. They need to contact me so I can contact Catholic Charities."

Jenkins said she could be contacted by calling 268-4810.

"I know that right now it is tempting to dwell on the how," Dismang said. "It is probably equally as tempting to point fingers and speculate as to why the flooding occurred. While developing a long term solution should be high on our list, I feel that right now we need to concentrate on getting those that have been displaced into a stable environment as quickly as possible. Several of our families have been living in limbo since the first flooding in October. We must expedite the relief process so that these victims can find a sense of normalcy and peace."

Robertson said local emergency management officials would be announcing the dates of more meetings at which those affected by the flood would receive information about applying for disaster relief funds.

Copyright © 2010 - The Daily Citizen