1                 IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF ARKANSAS
2                         WESTERN DIVISION

3    DERRICK AND ANITA SEYMORE;
     SHANE SMITH; THADDEUS AND
4    KAY WINTERS; BRIAN AND STEPHANIE
     PARKER; KEITH GRIFFIN;
5    ARNOLD AND SHELBY FELBERMAYER;
     JAMES AND NORMA TAYLOR;
6    GENE AND EMMA ADAMS;
     CONNIE AND STEWART KIRBY;
7    GREGORY HORNESS;
     ANTHONY AND SHERRY HEALY;
8    LINDA CRIDER; JONATHAN AND
     RENEE GORDON
9
                                              PLAINTIFF
10
     VS.                NO. 4:10-CV-239 BSM
11
     UNION PACIFIC RAILROAD COMPANY
12                                            DEFENDANT

13

14

15

16                    ORAL DEPOSITION

17                          OF

18                      EMMA ADAMS
                   (Taken April 27, 2011)
19

20

21                                        ORIGINAL

22

23

24

25

                   Gwendolyn R. LaSalle, CCR
                   Bushman Court Reporting
                      (501) 372-5115

1    sorry this happened, we're here to help?

2    A.    It was a -- excuse me.  I'm jumping in.  It was just a

3    courtesy-type thing.  We didn't go into details about the why,

4    where, or whatever.

5    Q.    Okay.  Have you ever had conversations with any neighbors

6    or anyone at the City concerning why the flood occurred and

7    what caused the flood?

8    A.    We don't live out there, so I didn't really visit with

9    neighbors about it.  We did get a letter from the City.

10   Q.    Okay.

11   A.    And there were articles in the Beebe news about the

12   flood.

13   Q.    Okay.

14   A.    But as far as individual, you know, one-on-one office

15   conversations, I didn't have any.

16   Q.    Okay.  From reading the letter from the City -- was that

17   a letter from the mayor?

18   A.    I believe it was.  Uh-huh.

19   Q.    And then the newspaper articles.  Did you form any

20   opinions as to what caused the flood?

21   A.    Well, you know, I had an opinion that the railroad

22   trestles being stopped up --

23   Q.    Okay.

24   A.    -- contributed to the cause of the flood.  But --

25   Q.    Have you ever been down to the -- actually seen the

1  railroad trestles or bridges?

2  A.   Not those.

3  Q.   Okay.   When you say not those, you're talking about not

4  the ones near the Windwood Meadows Subdivision?

5  A.   Right.

6  Q.   Are there other railroad trestles or bridges that you've

7  seen?

8  A.   I believe if you go into Beebe on Old Highway 64, that

9  you look off to the right.   I think there's some trestles up

10 through there.

11 Q.   Okay.

12 A.   And I've seen those from the road.

13 Q.   I see.   Is that down near Ward, Arkansas?

14 A.   Yeah, it is.

15 Q.   Where you're coming out of Ward?

16 A.   It is.   Uh-huh.   Sure is.

17 Q.   I know where you're talking about.

18 A.   Yeah.

19 Q.   Have you ever actually been out to any of those trestles,

20 though, and inspected them or looked at them or anything?

21 A.   No, sir.

22 Q.   You don't have any personal knowledge, then, of trestles

23 being stopped up or not maintained or anything like that?

24 A.   No, sir.

25 Q.   Have you talked to anyone that has said, Yeah, I've got

1    knowledge of the trestles being stopped up or I've seen that

2    or anything like that?

3    A.    No, not -- I've heard the rumor, but I have not talked to

4    anyone in particular.

5    Q.    Okay.  When you all bought the house, and you've said

6    that you knew it was in a floodplain, did you expect that some

7    day it might flood?

8    A.    Not really.

9    Q.    Okay.  Any reason why?

10   A.    Well, we took the risk.  We did know it was in the

11   floodplain shortly before we closed.

12   Q.    Okay.

13   A.    And to my knowledge, it had not flooded.

14   Q.    Okay.

15   A.    And we felt like the price that we paid for the house was

16   a very good price.  The house was very nice.  And we just

17   decided that we would buy it, regardless.

18   Q.    Okay.  So, the price -- I presume, then, you thought the

19   price was a pretty good price for that house in that area?

20   A.    Yes.

21   Q.    Okay.  And because of that, you were willing to accept

22   the risk that it was in a floodplain?

23   A.    That's true.

24   Q.    And that it might flood?

25   A.    That it could.

| | |
|---|---|
| 1 | Q.  Okay. |
| 2 | A.  It would have been the day after Christmas, I guess. |
| 3 | Q.  Okay.  But you don't know for certain -- |
| 4 | A.  No, I really don't. |
| 5 | Q.  -- when it was?  Okay. |
| 6 | A.  Huh-uh.  I'm nearly positive it was the day after |
| 7 | Christmas, because we got there as soon as we could get into |
| 8 | it. |
| 9 | Q.  Okay.  Have you all filed any other lawsuits relating to |
| 10 | the floods? |
| 11 | A.  No. |
| 12 | Q.  Have you made claims to anyone else, whether you filed a |
| 13 | lawsuit or not, concerning either the October or December |
| 14 | floods? |
| 15 | A.  No. |
| 16 | Q.  Do you know if you all had a survey done when you |
| 17 | purchased the house? |
| 18 | A.  No. |
| 19 | Q.  You don't know, or you did not? |
| 20 | A.  We did not. |
| 21 | Q.  Okay.  Any reason you decided not to have a survey? |
| 22 | A.  We just usually do not survey it.  It may have even had |
| 23 | stakes up.  I don't know.  But we didn't have it surveyed.  It |
| 24 | also has a fence.  You know, the backyard is fenced in, so you |
| 25 | had a pretty good idea what you were buying. |

Gwendolyn R. LaSalle, CCR
Bushman Court Reporting
(501) 372-5115

1    Q.    Okay.  Do you have any training or experience or

2    education as an appraiser, someone that appraises the value of

3    houses?

4    A.    No.

5    Q.    Do you have any education, experience, or training in

6    repairing flood damage to houses?

7    A.    No.

8    Q.    I presume y'all hired someone to do the work after the

9    floods?

10    A.    Yes, for the most part.  Now, we did a lot of what I

11    would call grunt work.  We got the carpet out and that kind of

12    work that doesn't take any skill or expertise.

13    Q.    Okay.

14    A.    Just hard work.

15    Q.    I understand.  I understand.

16    A.    We can do that.

17    Q.    Okay.  As far as the value of the house after the flood,

18    then, I mean, any opinions you have would be speculation as to

19    what the value of the house would be; is that true?

20    A.    I guess it would be.

21    Q.    Okay.  And the same thing for cost of repairs?  You don't

22    consider yourself to have expertise in estimating the cost to

23    repair flood damage?

24    A.    Right.

25    Q.    Okay.  We've had several owners that have talked about

56

1                      C E R T I F I C A T E

2        STATE OF ARKANSAS}
                         }ss.
3        COUNTY OF PULASKI}

4        RE:   ORAL DEPOSITION OF EMMA ADAMS

5               I, GWENDOLYN R. LASALLE, Certified Court Reporter,
         do hereby certify that the transcript of the foregoing
6        deposition accurately reflects the testimony given; and that
         the foregoing was transcribed by me, or under my supervision,
7        on my Eclipse computerized transcription system from my
         machine shorthand notes taken at the time and place set out on
8        the caption hereto, the witness having been duly cautioned and
         sworn, or affirmed, to tell the truth, the whole truth and
9        nothing but the truth.
                I FURTHER CERTIFY that I am neither counsel for,
10       related to, nor employed by any of the parties to the action
         in which this proceeding was taken; and, further, that I am
11       not a relative or employee of any attorney or counsel employed
         by the parties hereto, nor financially interested, or
12       otherwise, in the outcome of this action.
                In accordance with the Arkansas Rules of Civil
13       Procedure, Rule 30(e), review of the foregoing transcript by
         the witness was not requested by the deponent or any party
14       thereto.
                GIVEN UNDER MY HAND AND SEAL OF OFFICE on this the
15       15th day of May, 2011.

16

17

18                                         Gwendolyn R. LaSalle, CCR
                                           Certificate No. 510
19

20

21

22

23

24

25

                         Gwendolyn R. LaSalle, CCR
                         Bushman Court Reporting
                            (501) 372-5115