```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF ARKANSAS
                     WESTERN DIVISION

DERRICK AND ANITA SEYMORE;
SHANE SMITH; THADDEUS AND
KAY WINTERS; BRIAN AND STEPHANIE
PARKER; KEITH GRIFFIN;
ARNOLD AND SHELBY FELBERMAYER;
JAMES AND NORMA TAYLOR;
GENE AND EMMA ADAMS;
CONNIE AND STEWART KIRBY;
GREGORY HORNESS;
ANTHONY AND SHERRY HEALY;
LINDA CRIDER; JONATHAN AND
RENEE GORDON
                                              PLAINTIFF

VS.            NO. 4:10-CV-239 BSM

UNION PACIFIC RAILROAD COMPANY
                                              DEFENDANT


                     ORAL DEPOSITION

                           OF

                       GENE ADAMS
                   (Taken April 27, 2011)
```

**ORIGINAL**

Gwendolyn R. LaSalle, CCR
Bushman Court Reporting
(501) 372-5115

```
 1    Q.   And you were there until the '80s?
 2    A.   No, sir.
 3    Q.   Okay.
 4    A.   Like she said, I was married in '64 to Mrs. Adams, and
      then we went and lived in various cities.
 6    Q.   Okay.  So, when you moved there in '62, how long did you
      live in Beebe the first time?
 8    A.   We got married in '64.
 9    Q.   Okay.
10    A.   Went back to Mississippi County.  Then we came back in
      probably '65 or '66.
12    Q.   Okay.
13    A.   And I continued my education at that time.
14    Q.   And then when you came back in '65 or '66, how long did
      you live in Beebe after that?
16    A.   I don't recall.
17    Q.   Okay.  And then the last time you moved back to Beebe was
      what year?
19    A.   It's been about six or seven years ago.
20    Q.   And have you ever been down and looked at or inspected
      the railroad bridges or trestles that are in the Windwood
      Meadows area?
23    A.   No, sir.
24    Q.   Okay.  So, you don't have any personal knowledge of the
      trestles being blocked or clogged or anything like that?
```

1  A.  No, sir.
2  Q.  Have you talked to anybody that says, Yeah, I'm aware of
3  that?
4  A.  No, sir.
5  Q.  Have you had any discussions with anyone at Union Pacific
6  concerning flooding issues?
7  A.  No, sir.
8  Q.  Have you had anyone -- have you had any discussions with
9  anyone at the City of Beebe concerning flooding issues?
10 A.  No, sir.
11 Q.  Did you go to any of the city meetings or neighborhood
12 meetings concerning the flooding?
13 A.  No, sir.
14 Q.  So, you've never talked to Mayor Robertson about
15 flooding?
16 A.  No, sir.
17 Q.  And you've never talked to Milton McCullar about
18 flooding?
19 A.  No, sir.
20 Q.  I'll leave this out just in case we need to refer to it.
21 We marked as Exhibit 99 looks like a list of the money spent
22 on repairs.  Did you help compile the list that's the front
23 page of 99?
24 A.  No, sir.
25 Q.  Okay.  Do you know, were there any other moneys spent or

1    You'll want a copy of that.
2         MR. McKAY: That's sworn testimony. I'll give
3    you a copy of it.
4         MRS. ADAMS: I want a copy. I want a copy.
5  BY MR. McKAY:
6  Q.  Do you have any experience, training, or education as a
7  house appraiser?
8  A.  No, sir.
9  Q.  Okay. So, any opinions you have as to the value of the
10 house before or after the flood would be speculation? Do you
11 agree with that?
12 A.  I don't recall if an appraisal was available to look at
13 or not.
14 Q.  Okay. But as far as being able to appraise the house to
15 establish a value before or after the flood, that's outside of
16 your realm of knowledge?
17 A.  Yes, sir. Yes, sir. Yes, sir.
18 Q.  And then the same question for estimating repairs to
19 flood damage, is that outside of your area of knowledge?
20 A.  Yes.
21 Q.  I may have asked you this, but if I did, I apologize.
22 But did you attend any meetings at City Hall concerning the
23 flood?
24 A.  No, sir.
25 Q.  Were you aware of any meetings going on?

```
 1                      C E R T I F I C A T E

 2    STATE OF ARKANSAS}
                       }ss.
 3    COUNTY OF PULASKI}

 4    RE:   ORAL DEPOSITION OF GENE ADAMS

 5            I, GWENDOLYN R. LASALLE, Certified Court Reporter,
      do hereby certify that the transcript of the foregoing
 6    deposition accurately reflects the testimony given; and that
      the foregoing was transcribed by me, or under my supervision,
 7    on my Eclipse computerized transcription system from my
      machine shorthand notes taken at the time and place set out on
 8    the caption hereto, the witness having been duly cautioned and
      sworn, or affirmed, to tell the truth, the whole truth and
 9    nothing but the truth.
              I FURTHER CERTIFY that I am neither counsel for,
10    related to, nor employed by any of the parties to the action
      in which this proceeding was taken; and, further, that I am
11    not a relative or employee of any attorney or counsel employed
      by the parties hereto, nor financially interested, or
12    otherwise, in the outcome of this action.
              In accordance with the Arkansas Rules of Civil
13    Procedure, Rule 30(e), review of the foregoing transcript by
      the witness was not requested by the deponent or any party
14    thereto.
              GIVEN UNDER MY HAND AND SEAL OF OFFICE on this the
15    23rd day of May, 2011.

16

17                                    _____
                                      Gwendolyn R. LaSalle, CCR
18                                    Certificate No. 510

19

20

21

22

23

24

25
```

Gwendolyn R. LaSalle, CCR
Bushman Court Reporting
(501) 372-5115