IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| DERRICK AND ANITA SEYMORE; SHANE SMITH; THADDEUS AND KAY WINTERS; BRIAN AND STEPHANIE PARKER; KEITH GRIFFIN; ARNOLD AND SHELLY FELBERMAYER; JAMES AND NORMA TAYLOR; GENE AND EMMA ADAMS; CONNIE AND STEWART KIRBY; GREGORY HORNESS; ANTHONY AND SHERRY HEALY; LINDA CRIDER; JONATHAN AND RENEE GORDON; AND MELTON AND RUTH HAYNIE | ) ) ) ) ) ) ) ) ) ) ) ) ) | PLAINTIFFS |
| VS. | ) ) | CASE NO. 4:10CR00239 BSM |
| UNION PACIFIC RAILROAD COMPANY | ) ) ) | DEFENDANT. |

---

ORAL DEPOSITION OF

LINDA CRIDER

MAY 13, 2011

---

ORAL DEPOSITION OF LINDA CRIDER, produced as a witness at the instance of the Defendant, and duly sworn, was taken in the above-styled and numbered cause on May 13, 2011, from 12:54 p.m. to 2:49 p.m., before Crystal Garrison, Certified Court Reporter, in and for the State of Arkansas, reported by machine shorthand, at Swindoll Law Firm, 212 Center Street, Suite 300, Little Rock, Arkansas 72201, pursuant to the Federal Rules of Civil Procedure.

ORIGINAL

1  A.  Yes, they are.
2  Q.  Okay. We'll go through those in just a minute.
3  Have you ever worked as or had any experience or
4  training or education as a house appraiser?
5  A.  No.
6  Q.  Do you know what a house appraiser is?
7  A.  Yes.
8  Q.  Okay. I presume then any opinions you would have as
9  to the value of a house before or after the flood would
10 be speculation?
11 A.  Yes.
12 Q.  Okay. And then do you have any experience in -- or
13 training or education in repairing flood damaged homes?
14 A.  No.
15 Q.  Okay.
16 A.  I have experience now. I didn't then.
17 Q.  I understand. But as far as going in and having to
18 estimate what it's going to cost to repair a flood
19 damaged home, is that something that you relied on the
20 contractors to provide those estimates for you?
21 A.  Yes.
22 Q.  Okay. So, you could not -- don't have the expertise
23 or the knowledge to say this is what it would cost to
24 repair a flood damaged home based on water levels?
25 A.  True.

```
 1  Q.  Uh-huh.
 2  A.  I don't know if they did in October or not.
 3  Q.  Okay.
 4  A.  They did in December.
 5  Q.  Okay.  Have you ever talked to anyone at the
 6  railroad?
 7  A.  No.
 8  Q.  I may have asked you this, and if I did I apologize:
 9  Have you ever been down and looked at the bridges or the
10  trestles between --
11  A.  No.
12  Q.  -- Beebe and Warren?
13  A.  No.
14  Q.  Okay.  So you don't have any personal knowledge as
15  to how long they are, what size they are, what their
16  condition is?
17  A.  No.
18  Q.  Do you know how much rain Beebe got as a result of
19  the October or December 2009 flood?
20  A.  No.
21  Q.  Have you ever tried to sell your house?
22  A.  No.
23  Q.  Have you owned any other houses besides the one
24  that's the subject of this lawsuit?
25  A.  I owned a house with my ex-husband before we
```

1  talked to today, knowledge about the flood, is there
2  anything else -- any other knowledge you have concerning
3  the flooding or any issues we've discussed today?
4  A.  No.
5  Q.  Okay.  Besides any opinions you may have expressed,
6  do you have any other opinions concerning this lawsuit,
7  the flood, the cause of it, damages, anything?
8  A.  No.
9      MR. MCKAY:  That's all I have.  Thank you.
10     THE WITNESS:  Good.  Thank you.
11     MR. MCKAY:  Thanks for your time.  I appreciate it.

```
 1              REPORTER'S CERTIFICATION
 2         ORAL DEPOSITION OF GREGORY HORNESS
 3                    MAY 13, 2011
 4
 5      I, CRYSTAL GARRISON, Certified Shorthand Reporter
 6   in and for the State of Arkansas, hereby certify to the
 7   following:
 8      That the witness was duly sworn by the officer and
 9   that the transcript of the Oral Deposition is a true
10   record of the testimony given by the witness;
11      I further certify that I am neither counsel for,
12   related to, nor employed by any of the parties or
13   attorneys in the action in which this proceeding was
14   taken, and further that I am not financially or
15   otherwise interested in the outcome of the action.
16      Certified to by me this 30th day of May,
17   2011.
```



Crystal Garrison, CCR # 613
Bushman Court Reporting
620 West Third Street, Suite 302
Little Rock, Arkansas 72201
(501) 372-5115