IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

---

DERRICK and ANITA SEYMORE;
SHANE SMITH; THADDEUS and
KAY WINTERS; BRIAN and STEPHANIE
PARKER; KEITH GRIFFIN;
ARNOLD and SHELLY FELBERMAYER;
JAMES and NORMA TAYLOR;
GENE and EMMA ADAMS;
CONNIE and STEWART KIRBY;
GREGORY HORNESS; and
ANTHONY and SHERRY HEALY;
LINDA CRIDER; JOHNATHAN and
RENEE GORDON                                    PLAINTIFFS

VS.                    CASE NO. 4:10-CV-239 BSM

UNION PACIFIC RAILROAD COMPANY                  DEFENDANT

---

ORAL DEPOSITION OF ARNOLD FELBERMAYER

April 20, 2011

---


ORIGINAL

BUSHMAN COURT REPORTING
620 West Third, Suite 302
Little Rock, Arkansas   72201
501.372.5115

1  things?

2  A    I don't think we really talked about if we were
3  in a flood zone or not.  We just talked about what the
4  possible causes of the flood may be.

5  Q    And what was the discussion about the possible
6  cause of the flood?

7  A    Well, his opinion was that Union Pacific blocked
8  off a couple or even three of the trestles that used to
9  let the water flow away, and that is what caused the
10 water to back up all of the way into Tori Lane.

11 Q    Okay.  Any other causes that he mentioned?

12 A    No.

13 Q    Okay.

14 A    Not that I recall.

15 Q    And I presume he didn't say anything to you about
16 the City's role in allowing the neighborhood to be
17 developed below the 100 year flood plain?

18 A    I have no idea.

19 Q    Okay.  Have you ever been down to the railroad to
20 see the bridges or trestles that are in that area?

21 A    I have seen pictures that Milton took.

22 Q    Okay.

23 A    And James showed me some more pictures.

24 Q    Okay.

25 A    But I have never personally been down there.

```
 1   A      Uh-huh.
 2   Q      About the railroad, he thought the railroad
 3   dammed up the water?
 4   A      Correct.
 5   Q      Before Milton mentioned that to you, had anyone
 6   else mentioned to you that they thought the cause of
 7   the flood was the railroad?
 8   A      Well, at one point I had spoken to the people
 9   down on Lot 14, I can't recall the names because they
10   are gone ever since the flood now, and they say that
11   they thought that was the problem.
12   Q      Okay.  Was that before you talked to Milton or
13   after?
14   A      Before.
15   Q      Okay.  Was that after the flood or before the
16   flood?
17   A      After the October flood.
18   Q      After the October flood.  Okay.  Besides Milton,
19   did anyone else from the City, Mayor Robertson, or
20   anyone express the opinion to you that they thought the
21   railroad had caused the flood?
22   A      The mayor did, yes.
23   Q      And what was that occasion?  What was he --
24   A      That was the day when they all, you know, walked
25   the neighborhood and made sure we were all okay and
```

1   A      I don't recall.

2   Q      If the evidence shows that the City allowed
3   houses to be built below the 100 year flood plain
4   without any permits or without following the
5   regulations, do you think that's a cause of these
6   houses flooding at all?

7              MS. GILBERT:  Objection; that calls for
8       speculation.

9   Q      Do you have any opinions in that regard?
10  A      No.
11  Q      Do you have -- I presume you don't have any
12  education or training concerning appraisals or
13  establishing values of homes?
14  A      Formal training, no.
15  Q      Yes.  Okay.  I presume then any opinions you
16  would have as to the value of your home before or after
17  the flood would be speculation?
18  A      Based on my opinion, yes.
19  Q      Okay.  What about, have you ever worked in the
20  flood construction, flood repair, flood renovation
21  business?
22  A      No.
23  Q      Do you have any formal training or education in
24  that regard?
25  A      No.

1  Q      Okay. So any opinions you would have as to the
2  cost of repairs would be speculation?
3  A      Speculation and backed up by the estimates that
4  we have received, but other than that, no.
5  Q      Right. You would have to rely on the estimates
6  of what we have to testify about what the cost to
7  repair your home is?
8  A      That's correct.
9  Q      Okay. But you don't have any personal knowledge
10 of that yourself?
11 A      No.
12 Q      Okay. You mentioned before the recent survey
13 showed that your floor elevation was below the 100 year
14 flood plain?
15 A      Correct.
16 Q      If you would have known at the time you were
17 looking at houses that the City had allowed these
18 houses to be built below the 100 year flood plain,
19 would you have purchased this house?
20 A      Well, regardless of what the City would have
21 said, but if my real else state agent would have told
22 me that it required flood insurance in that
23 neighborhood, I wouldn't have purchased the house. No
24 way.
25 Q      Okay. Just because you wouldn't want to live in

```
 1   Q     Okay.  And I can't -- I may have asked you this,
 2   but did you say you do have flood insurance on your
 3   house now?
 4   A     We do now.  We have to or --
 5   Q     We will -- I will ask her.  Do you know whether
 6   you have flood insurance on the house now?
 7   A     We do have flood insurance now.  I believe we do.
 8   Q     Okay.  So do you know who that is through, what
 9   company?
10   A     Our mortgage company actually purchased it.
11   Q     Okay.
12   A     So I'm not sure, but Shelly would know.
13   Q     Okay.  Do you know -- Did that result in an
14   increase in your mortgage payment?
15   A     Yes.
16   Q     Okay.  Do you -- You don't know how much per
17   payment?
18   A     No.
19   Q     Okay.  All right.  The next set of documents has
20   a cover sheet that says Answer to Request Number 2.
21   A     Uh-huh.
22   Q     And let's just find the end of that stack.  Did
23   you find the end of that?
24   A     Yes.
25   Q     Show me how thick it is, so I can see if I may
```

1  have gone too far.
2  A    The last page is a $500 check for some attorney.
3  Q    Okay. Okay. I got it. Let's mark that set of
4  documents as Exhibit 91.
5         (Exhibit No. 91 was marked.)
6  Q    And I think this was responsive to our request
7  seeking any receipts and evidence of repairs or money
8  spent --
9  A    Correct.
10 Q    -- on the property. Let's just page through
11 here. The first one is a Wal-Mart receipt -- it looks
12 like the day after Christmas -- that looks like it
13 replaced some food and whatnot that was in the kitchen?
14 A    Yeah, cleaning supplies and foods that we had
15 lost in the kitchen.
16 Q    Okay. The next one says Alan's Showcase Maytag.
17 Was that a new washer or dryer?
18 A    Dishwasher.
19 Q    Dishwasher. Okay. That's 564.14?
20 A    Correct.
21 Q    Go back to that first page, the 102.28. Do you
22 know if that entire amount of Wal-Mart receipt is for
23 food that you lost in the flood or not?
24 A    I don't know.
25 Q    Okay.

```
 1              COURT REPORTER'S CERTIFICATE
 2   STATE OF ARKANSAS)
                     )ss.
 3   COUNTY OF SALINE )
 4              I, JANESS FERGUSON SMITH, CCR, RPR, a Notary
 5   Public in and for Saline County, Arkansas do hereby
 6   certify that the facts stated by me in the caption of
 7   the foregoing matter are true; and that the foregoing
 8   matter was transcribed by me, to the best of my ability
 9   and understanding, from my machine shorthand notes
10   taken at the time and place set out in the caption
11   hereto.
12              In accordance with Rule 30(e) of the Rules of
13   Civil Procedure, review of the transcript was waived by
14   the deponent or a party thereto.
15              I FURTHER CERTIFY that I am neither counsel
16   for, related to, nor employed by any of the parties to
17   the action in which this proceeding was taken; and,
18   further that I am not a relative or employee of any
19   attorney or counsel employed by the parties hereto, not
20   financially interested or otherwise, in the outcome of
21   this action.
22              GIVEN UNDER MY HAND AND SEAL OF OFFICE on,
     this, the 20th day of April, 2011.
23
24                        JANESS FERGUSON SMITH, CCR, RPR
                          Notary Public in Saline County
25                        and Commission Expires 10-26-13
                          Certificate No. 453
                     BUSHMAN COURT REPORTING
```