```
 1            IN THE UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF ARKANSAS
 2                   WESTERN DIVISION

 3   DERRICK and ANITA SEYMORE;
     SHANE SMITH; THADDEUS and
 4   KAY WINTERS; BRIAN and STEPHANIE
     PARKER; KEITH GRIFFIN;
 5   ARNOLD and SHELLY FELBERMAYER;
     JAMES and NORMA TAYLOR;
 6   GENE and EMMA ADAMS;
     CONNIE and STEWART KIRBY;
 7   GREGORY HORNESS; and
     ANTHONY and SHERRY HEALY;
 8   LINDA CRIDER; JOHNATHAN and
     RENEE GORDON                              PLAINTIFFS
 9
     VS.             CASE NO. 4:10-CV-239 BSM
10
     UNION PACIFIC RAILROAD COMPANY            DEFENDANT
11

12

13        ORAL DEPOSITION OF SHELLY FELBERMAYER

14                    April 20, 2011

15

16

17

18

19

20                    ORIGINAL
21

22
                  BUSHMAN COURT REPORTING
23                620 West Third, Suite 302
                  Little Rock, Arkansas  72201
24                     501.372.5115

25
```

```
 1   Q      Okay.
 2   A      And we wasted six years of our lives in this
 3   home, and we don't want to do that no more.
 4   Q      Okay.  Do you have any training or experience or
 5   education in appraising houses?
 6   A      No.
 7   Q      Okay.  Do you have any training, education or
 8   experience in repairing flood damage or estimates to
 9   repair flood damage?
10   A      No.
11   Q      Okay.  Well, what is it -- I guess, what is it
12   that you base that opinion on that you -- well, let me
13   ask you, do you think the house has decreased in value
14   after the flood?
15   A      Oh, yes.
16   Q      Okay.  And do you have any idea how much?
17   A      At least 50 percent, you know, I mean.
18   Q      Okay.  And here is my question, why is it that
19   you say it's 50 percent and not 60 percent or 40
20   percent?
21   A      Because I have been living in the home since the
22   flood, and I know what it used to be like and now what
23   it -- we are living in today.
24   Q      Okay.  Do you -- Are you aware of the prices of
25   any houses that have sold that have been flood damaged,
```

```
 1   neighbors --
 2   A      No.
 3   Q      -- concerning the flood?
 4   A      No.
 5   Q      Have you ever been down to see the railroad
 6   bridges or trestles?
 7   A      No.
 8   Q      Okay.  So you don't have any knowledge about the
 9   condition of those?
10   A      No.
11   Q      Did you have any discussions with Milton McCullar
12   about the cause of the flood?
13   A      No.
14   Q      Okay.  Have you ever discussed anything with
15   Milton McCullar?
16   A      I don't recall.
17   Q      Okay.  Do you know who he is?
18   A      Yes.
19   Q      Have you met him?
20   A      Yes.
21   Q      Have you -- Do you know if you have talked to
22   him?
23   A      Yes.
24   Q      Okay.  On what occasion would you have talked to
25   him?  Did he come by the house?
```

```
 1                COURT REPORTER'S CERTIFICATE
 2   STATE OF ARKANSAS)
                     )ss.
 3   COUNTY OF SALINE )
 4              I, JANESS FERGUSON SMITH, CCR, RPR, a Notary
 5   Public in and for Saline County, Arkansas do hereby
 6   certify that the facts stated by me in the caption of
 7   the foregoing matter are true; and that the foregoing
 8   matter was transcribed by me, to the best of my ability
 9   and understanding, from my machine shorthand notes
10   taken at the time and place set out in the caption
11   hereto.
12              In accordance with Rule 30(e) of the Rules of
13   Civil Procedure, review of the transcript was waived by
14   the deponent or a party thereto.
15              I FURTHER CERTIFY that I am neither counsel
16   for, related to, nor employed by any of the parties to
17   the action in which this proceeding was taken; and,
18   further that I am not a relative or employee of any
19   attorney or counsel employed by the parties hereto, not
20   financially interested or otherwise, in the outcome of
21   this action.
22              GIVEN UNDER MY HAND AND SEAL OF OFFICE on,
     this, the 20th day of April, 2011.
23
24                                   _____
                                     JANESS FERGUSON SMITH, CCR, RPR
                                     Notary Public for Saline County
25                                   and Court Reporter.
                                     Certificate No. 453

                    BUSHMAN COURT REPORTING
```

OFFICIAL SEAL
JANESS FERGUSON SMITH
NOTARY PUBLIC - SALINE CO., AR
COMMISSION EXPIRES 10-26-13
CERTIFIED COURT REPORTER
ARKANSAS SUPREME COURT
CERTIFICATE NO. 453