```
                IN THE UNITED STATES DISTRICT COURT
                FOR THE EASTERN DISTRICT OF ARKANSAS
                          WESTERN DIVISION

DERRICK AND ANITA SEYMORE;
SHANE SMITH; THADDEUS AND
KAY WINTERS; BRIAN AND STEPHANIE
PARKER; KEITH GRIFFIN;
ARNOLD AND SHELBY FELBERMAYER;
JAMES AND NORMA TAYLOR;
GENE AND EMMA ADAMS;
CONNIE AND STEWART KIRBY;
GREGORY HORNESS;
ANTHONY AND SHERRY HEALY;
LINDA CRIDER; JONATHAN AND
RENEE GORDON
                                                    PLAINTIFF

VS.                  NO. 4:10-CV-239 BSM

UNION PACIFIC RAILROAD COMPANY
                                                    DEFENDANT
```

ORAL DEPOSITION

OF

RENEE GORDON
(Taken May 4, 2011)

**ORIGINAL**

Gwendolyn R. LaSalle, CCR
Bushman Court Reporting
(501) 372-5115

1  Q. Milton McCullar?
2  A. Yes.
3  Q. You talked about him.
4  A. Yes.
5  Q. I noticed in the documents that you provided there was
6  not a document called a seller's property disclosure. Do you
7  know if you ever received any kind of seller's property
8  disclosure before purchasing the house?
9  A. I don't know if I did or not.
10 Q. When you all bought the house, did you take all the
11 documents from the transaction and keep them in one file?
12 A. Yes.
13 Q. Was any of that -- do you know if the file you have today
14 was the same file that you had right after you closed the
15 house?
16 A. Yes.
17 Q. So, to the best of your knowledge, there would be nothing
18 else that has been misplaced or lost or anything out of that
19 file?
20 A. No.
21 Q. And that's the file that's marked as Exhibit 148?
22 A. Yes.
23 Q. In these responses, it says the title company was
24 Centennial Bank. Do you know what role Centennial Bank played
25 in the closing of the house?

1  have had?
2  A.   Just trying to figure out what was causing all the water
3  to come over.
4  Q.   Okay.  Do you have any opinions as to what caused the
5  flood?
6  A.   From pictures that I've seen, aerial views of the water,
7  it just looks like the railroad tracks that are behind our
8  neighborhood is serving as a dam, because you see all the
9  water on our side and hardly any on the other.  You see the
10 lake, but -- and then you see all the water on our side.  It
11 just looks like it's just a wall holding water on our side.
12 Q.   Okay.  Who showed you the aerial photograph that you
13 talked about?
14 A.   Pam.
15 Q.   Okay.  Did you review any documents to prepare for this
16 deposition or photographs or anything?
17 A.   Just what I -- my statements that you've read and my
18 pictures.
19 Q.   You said the statements that you read.
20 A.   I'm sorry.  That document that I filled out, the
21 responses.
22 Q.   Oh, yes.  Okay.  You reviewed your discovery responses.
23 Anything else that you reviewed in preparation for the
24 deposition?
25 A.   The aerial photos.

```
 1                        C E R T I F I C A T E

 2     STATE OF ARKANSAS}
                        }ss.
 3     COUNTY OF PULASKI}

 4     RE:   ORAL DEPOSITION OF RENEE GORDON

 5             I, GWENDOLYN R. LASALLE, Certified Court Reporter,
       do hereby certify that the transcript of the foregoing
 6     deposition accurately reflects the testimony given; and that
       the foregoing was transcribed by me, or under my supervision,
 7     on my Eclipse computerized transcription system from my
       machine shorthand notes taken at the time and place set out on
 8     the caption hereto, the witness having been duly cautioned and
       sworn, or affirmed, to tell the truth, the whole truth and
 9     nothing but the truth.
               I FURTHER CERTIFY that I am neither counsel for,
10     related to, nor employed by any of the parties to the action
       in which this proceeding was taken; and, further, that I am
11     not a relative or employee of any attorney or counsel employed
       by the parties hereto, nor financially interested, or
12     otherwise, in the outcome of this action.
               In accordance with the Arkansas Rules of Civil
13     Procedure, Rule 30(e), review of the foregoing transcript by
       the witness was not requested by the deponent or any party
14     thereto.
               GIVEN UNDER MY HAND AND SEAL OF OFFICE on this the
15     15th day of May, 2011.

16

17
                                       _____
18                                     Gwendolyn R. LaSalle, CCR
                                       LS Certificate No. 510
19

20

21

22

23

24

25


                          Gwendolyn R. LaSalle, CCR
                            Bushman Court Reporting
                               (501) 372-5115
```