IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

---

DERRICK and ANITA SEYMORE; SHANE SMITH; THADDEUS and KAY WINTERS; BRIAN and STEPHANIE PARKER; KEITH GRIFFIN; ARNOLD and SHELLY FELBERMAYER; JAMES and NORMA TAYLOR; GENE and EMMA ADAMS; CONNIE and STEWART KIRBY; GREGORY HORNESS; and ANTHONY and SHERRY HEALY; LINDA CRIDER; JOHNATHAN and RENEE GORDON PLAINTIFFS

VS. CASE NO. 4:10-CV-239 BSM

UNION PACIFIC RAILROAD COMPANY DEFENDANT

---

ORAL DEPOSITION OF ANTHONY HEALY

May 2, 2011

---

ORIGINAL

BUSHMAN COURT REPORTING
620 West Third, Suite 302
Little Rock, Arkansas 72201
501.372.5115

and a lot of internet based fraud out there, so that's --

Q It is a big business then?

A It's a big business, yeah.

Q Okay. And then after Fidelity, is that when you went to Hewlett-Packard?

A Yes, sir.

Q And you have been there about a year?

A About a year, yeah.

Q Okay. Do you have any education, training or experience in appraising real estate or houses?

A No, sir.

Q Okay. So I presume any opinions you would have as to values of real estate or houses would be speculation?

A Yes, sir.

Q Okay. And then what about do you have any training or experience in repairing flood damage?

A No, sir.

Q Okay. So any estimates you would have personally about flood damage or costs would be speculation?

A Yes, sir.

Q You all have actually had some repairs done to your house?

A Yes, sir.

Lonoke or whatever, is that 31, or whatever highway that is.

Q Okay.

A If you go out in that area, normally you see some water in the ditch, but the water had risen to, you know, almost to the highway.

Q Okay. So it seemed like it had flooded a lot out in that area. That was, as you say, as you are heading east out of Beebe toward Lonoke; did you say?

A Yes, sir.

Q Okay. So that would be on the opposite side of the railroad tracks than the neighborhood?

A Right.

Q Okay. All right. Other areas that you are aware of that flooded?

A Not aware of any other.

Q Do you know if there were any other neighborhoods in Beebe that flooded in the December of 2009 flood?

A No, sir.

Q Okay. Okay. So you said the mayor talked about the extent of the flooding. What else do you remember being discussed at the meeting?

A I was trying to remember. There was talk that the reasoning behind the flood was that there were some trestles that were supposed to be repaired back years

ago that were not repaired correctly.

Q Okay.

A And that was the cause for the --

Q Trestles on the railroad?

A The railroad, yes.

Q Okay. Is that something the mayor was talking about?

A Yes, sir.

Q Was anyone else discussing that, the fact that the railroad was at fault?

A I remember him.

Q Okay.

A I don't remember anyone else.

Q Okay. Anything else that he said about that, about the railroad causing the flood?

A I remember that they were going to have some kind of engineer, probably the reason they were flying over, they were going to have some kind of engineer check out the area.

Q Uh-huh.

A And try to find out, you know, more about the reason why it flooded and things like that. It's just been too long ago.

Q Okay. Did the mayor say anything at the meeting about houses being developed in the 100 year flood

presume?

A Yes, sir.

Q Okay. What is your schedule now? What shift do you have?

A Eight to five.

Q Okay. Do you ever work weekends or --

A No, sir.

Q You are off weekends?

A Yes.

Q Good. All right. Any other group meetings, whether they were at City Hall or not, that you attended or were aware of?

A Not that I attended or -- I don't remember any other meetings.

Q Okay. Have you had any conversations with anyone from Union Pacific Railroad?

A No, sir.

Q How about, have you had conversations with anyone from any railroad?

A No, sir.

Q Have you ever been down to see the trestles or the bridges that are in place now along the railroad tracks?

A No, sir.

Q Okay. Are you aware of anyone -- Have you ever

there is actually where Cypress Creek is, and that it overfilled, and then everything just basically washed up into Tori.

Q Okay.

A In the subdivision.

Q Okay. And since you have that opinion, I have to go ahead ask you what qualifications you have for that opinion. So I am not trying in any way to --

A I understand.

Q -- to be degrading or trite or anything, but do you have any background in engineering or hydrology?

A No, sir.

Q Okay. And I presume you have not calculated any flow rates or studied the hydrology or flow of waters in this area?

A No, sir.

Q Okay. So you have no scientific basis or methodology as a basis for that opinion?

A No, sir.

Q Okay. Is that opinion formed primarily from things you have heard from others say?

A From information, yes, sir.

Q Okay.

A From what others have said, yeah.

Q Okay. And you say "from information," have you

COURT REPORTER'S CERTIFICATE

STATE OF ARKANSAS)
)ss.
COUNTY OF SALINE )

I, JANESS FERGUSON SMITH, CCR, RPR, a Notary Public in and for Saline County, Arkansas do hereby certify that the facts stated by me in the caption of the foregoing matter are true; and that the foregoing matter was transcribed by me, to the best of my ability and understanding, from my machine shorthand notes taken at the time and place set out in the caption hereto.

In accordance with Rule 30(e) of the Rules of Civil Procedure, review of the transcript was waived by the deponent or a party thereto.

I FURTHER CERTIFY that I am neither counsel for, related to, nor employed by any of the parties to the action in which this proceeding was taken; and, further that I am not a relative or employee of any attorney or counsel employed by the parties hereto, not financially interested or otherwise, in the outcome of this action.

GIVEN UNDER MY HAND AND SEAL OF OFFICE on this, the 2nd day of May, 2011.

OFFICIAL SEAL
JANESS FERGUSON SMITH
NOTARY PUBLIC - SALINE CO., AR
CERTIFIED COURT REPORTER
ARKANSAS SUPREME COURT
CERTIFICATE NO. 453

JANESS FERGUSON SMITH, CCR, RPR
Notary Public for Saline County and Court Reporter.
Certificate Number 453