1

```
 1              IN THE UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF ARKANSAS
 2                    WESTERN DIVISION
   _____
 3  DERRICK and ANITA SEYMORE;
    SHANE SMITH; THADDEUS and
 4  KAY WINTERS; BRIAN and STEPHANIE
    PARKER; KEITH GRIFFIN;
 5  ARNOLD and SHELLY FELBERMAYER;
    JAMES and NORMA TAYLOR;
 6  GENE and EMMA ADAMS;
    CONNIE and STEWART KIRBY;
 7  GREGORY HORNESS; and
    ANTHONY and SHERRY HEALY;
 8  LINDA CRIDER; JOHNATHAN and
    RENEE GORDON                              PLAINTIFFS
 9
    VS.              CASE NO. 4:10-CV-239 BSM
10
    UNION PACIFIC RAILROAD COMPANY            DEFENDANT
11  _____

12

13          ORAL DEPOSITION OF SHERRIE HEALY

14                    May 2, 2011

15  _____

16

17

18

19

20

21              ORIGINAL
22

23

                BUSHMAN COURT REPORTING
24              620 West Third, Suite 302
                Little Rock, Arkansas  72201
25                  501.372.5115


                BUSHMAN COURT REPORTING
```

1   A      Correct.

2   Q      That was based on information estimates given to

3   you by ICC Builders?

4   A      Correct.

5   Q      Do you know if those estimates were just verbal

6   estimates or --

7   A      I believe we have a written one.

8   Q      Okay.

9   A      But that's all I can recall.

10   Q      Okay.

11   A      I believe we do.

12   Q      Do you think you still have that estimate?

13   A      Maybe.

14   Q      Okay.   That's another thing.   If I can ask you

15   to --

16   A      Yeah.

17   Q      -- look for that, and if you would provide that

18   to your lawyer.

19   A      I know we have one in there, but it doesn't give

20   a lot of details.

21   Q      Yeah.   Have you ever gone down to look at the

22   railroad trestles or bridges?

23   A      No.

24   Q      Okay.   And you mentioned that you were at the

25   meeting at City Hall?

```
 1              COURT REPORTER'S CERTIFICATE
 2   STATE OF ARKANSAS)
                     )ss.
 3   COUNTY OF SALINE )
 4              I, JANESS FERGUSON SMITH, CCR, RPR, a Notary
 5   Public in and for Saline County, Arkansas do hereby
 6   certify that the facts stated by me in the caption of
 7   the foregoing matter are true; and that the foregoing
 8   matter was transcribed by me, to the best of my ability
 9   and understanding, from my machine shorthand notes
10   taken at the time and place set out in the caption
11   hereto.
12              In accordance with Rule 30(e) of the Rules of
13   Civil Procedure, review of the transcript was waived by
14   the deponent or a party thereto.
15              I FURTHER CERTIFY that I am neither counsel
16   for, related to, nor employed by any of the parties to
17   the action in which this proceeding was taken; and,
18   further that I am not a relative or employee of any
19   attorney or counsel employed by the parties hereto, not
20   financially interested or otherwise, in the outcome of
21   this action.
22              GIVEN UNDER MY HAND AND SEAL OF OFFICE on,
     this, the 2nd day of May, 2011.
23
24   _____ CCR, RPR
     JANESS FERGUSON SMITH, COURT REPORTER
     Notary Public, Saline County
25   and Conway County.
     Certificate Number 453
```

BUSHMAN COURT REPORTING