1

```
                IN THE UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF ARKANSAS
                         WESTERN DIVISION

DERRICK AND ANITA SEYMORE;    ) PLAINTIFFS
SHANE SMITH; THADDEUS AND     )
KAY WINTERS; BRIAN AND        )
STEPHANIE PARKER; KEITH       )
GRIFFIN; ARNOLD AND SHELLY    )
FELBERMAYER; JAMES AND        )
NORMA TAYLOR; GENE AND        )
EMMA ADAMS; CONNIE AND        )
STEWART KIRBY; GREGORY        )
HORNESS; ANTHONY AND          )
SHERRY HEALY; LINDA           )
CRIDER; JONATHAN AND RENEE    )
GORDON; AND MELTON AND        )
RUTH HAYNIE                   )
                              )
VS.                           ) CASE NO. 4:10CR00239 BSM
                              )
UNION PACIFIC RAILROAD        )
COMPANY                       ) DEFENDANT.
```

---

ORAL DEPOSITION OF

EMILY ANN ROBERTS

MAY 13, 2011

---

ORAL DEPOSITION OF EMILY ANN ROBERTS, produced as a witness at the instance of the Defendant, and duly sworn, was taken in the above-styled and numbered cause on May 13, 2011, from 10:50 a.m. to 11:40 a.m., before Crystal Garrison, Certified Court Reporter, in and for the State of Arkansas, reported by machine shorthand, at Swindoll Law Firm, 212 Center Street, Suite 300, Little Rock, Arkansas 72201, pursuant to the Federal Rules of Civil Procedure.

ORIGINAL

```
 1  Q.   You would not recall --
 2  A.   Yeah.
 3  Q.   -- specifics?
 4  A.   No.
 5  Q.   Okay.  Have you ever talked to anyone from the
 6  railroad?
 7  A.   No.  Huh-uh.
 8  Q.   Okay.  Have you ever been down to see the
 9  railroad -- to look at the railroad trestles or bridges
10  between Beebe and Warren, Arkansas?
11  A.   No.
12  Q.   Were you involved at all when Greg and his spouse
13  bought the house; were you involved in that transaction
14  at all?
15  A.   I was there the day they signed.
16  Q.   Okay.  Did you meet Stephen Blackwood at all, the
17  builder?
18  A.   Just shaking hands.
19  Q.   Okay.  All right.  Did you go with them when they
20  looked at the house, before they made an offer or
21  anything like that?
22  A.   Yes.
23  Q.   Okay.
24  A.   And that was strange because he had to pick out from
25  a plat, which he didn't even actually know where his
```

Case 4:10-cv-00239-BSM   Document 66-15   Filed 09/02/11   Page 3 of 3

52

REPORTER'S CERTIFICATION

ORAL DEPOSITION OF GREGORY HORNESS

MAY 13, 2011

I, CRYSTAL GARRISON, Certified Shorthand Reporter in and for the State of Arkansas, hereby certify to the following:

That the witness was duly sworn by the officer and that the transcript of the Oral Deposition is a true record of the testimony given by the witness;

I further certify that I am neither counsel for, related to, nor employed by any of the parties or attorneys in the action in which this proceeding was taken, and further that I am not financially or otherwise interested in the outcome of the action.

Certified to by me this 30th day of May, 2011.



Crystal Garrison, CCR # 613
Bushman Court Reporting
620 West Third Street, Suite 302
Little Rock, Arkansas 72201
(501) 372-5115