```
 1            IN THE UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF ARKANSAS
 2                    WESTERN DIVISION
   ─────────────────────────────────────────────────
 3  DERRICK and ANITA SEYMORE;
    SHANE SMITH; THADDEUS and
 4  KAY WINTERS; BRIAN and STEPHANIE
    PARKER; KEITH GRIFFIN;
 5  ARNOLD and SHELLY FELBERMAYER;
    JAMES and NORMA TAYLOR;
 6  GENE and EMMA ADAMS;
    CONNIE and STEWART KIRBY;
 7  GREGORY HORNESS; and
    ANTHONY and SHERRY HEALY;
 8  LINDA CRIDER; JOHNATHAN and
    RENEE GORDON                              PLAINTIFFS
 9
    VS.              CASE NO. 4:10-CV-239 BSM
10
    UNION PACIFIC RAILROAD COMPANY            DEFENDANT
11  ─────────────────────────────────────────────────

12

13        ORAL DEPOSITION OF CONNIE KIRBY

14                  April 29, 2011

15  ─────────────────────────────────────────────────
```

**ORIGINAL**

BUSHMAN COURT REPORTING
620 West Third, Suite 302
Little Rock, Arkansas   72201
501.372.5115

```
 1   Q     Okay.  The other blog dealt with the school
 2   district?
 3   A     Yes.
 4   Q     Okay.  Have you ever been down to any of the
 5   railroad bridges or trestles near the Windwood Meadows
 6   subdivision?
 7   A     No.
 8   Q     Okay.  Have you ever talked to anyone from the
 9   railroad?
10   A     No.
11   Q     Did you talk to anyone at the City of Beebe about
12   any flooding issues?
13   A     No.  I was present during conversations --
14   Q     Okay.
15   A     -- but...
16   Q     Were you present at the meeting at City Hall
17   that's referenced in the newspaper article that we
18   looked at?
19   A     No.
20   Q     Okay.  Have you been to any meeting at City Hall
21   concerning flooding?
22   A     Only to a zoning.
23   Q     Okay.  And was that after both floods?
24   A     I'm not certain.
25   Q     Okay.  Do you think it was before both floods?
```

1   Q      So what period of time would you have quit paying
2   the mortgage?
3   A      I quit December 31st.
4   Q      Of?
5   A      I believe was my last payment, of 2010.
6   Q      Okay.  Do you have any training or education or
7   experience in appraising houses, establishing values of
8   houses?
9   A      No.
10  Q      Have you ever been in the real estate business or
11  had a real estate license?
12  A      No.
13  Q      So any opinions you would have as to values of
14  properties before the flood or after would be
15  speculation?
16  A      Would be speculation.
17  Q      Okay.  Same questions for repairing flood damage,
18  do you have any experience or training concerning flood
19  damage?
20  A      No.
21  Q      So any of those opinions concerning that would be
22  speculation?
23  A      It would be speculation, although you could base,
24  you know -- the improvements that we made to the house,
25  we know how much those cost.

1  properly.
2  Q    Okay.
3  A    At the time it was built.
4  Q    Anything else that you think the City did not do
5  that resulted in negligence that contributed to the
6  flood, to either flood?
7  A    Other than, again, not enforcing their own
8  regulations, their rules to anyone and everyone
9  involved, whether it be a builder or any type of
10 developer.
11 Q    Okay. And you mentioned that you thought the
12 railroad was negligent. What is it that you believe
13 was negligent about what the railroad did?
14 A    From what I understand, they had responsibilities
15 for their own tracks and trestles, to keep it cleaned
16 and to keep it maintained, and that was not done --
17 Q    Okay.
18 A    -- which would result in a direct result of a
19 backup.
20 Q    Okay. And when you say "that was not done," what
21 do you base that on?
22 A    I base that on documentation and research that's
23 been done that, I believe, has already been gone over
24 today, that none of those issues were taken seriously
25 by the railroad to go in to make sure that their tracks

Case 4:10-cv-00239-BSM   Document 66-16   Filed 09/02/11   Page 5 of 5

38

```
 1              COURT REPORTER'S CERTIFICATE
 2   STATE OF ARKANSAS)
                     )ss.
 3   COUNTY OF SALINE )

 4           I, JANESS FERGUSON SMITH, CCR, RPR, a Notary
 5   Public in and for Saline County, Arkansas do hereby
 6   certify that the facts stated by me in the caption of
 7   the foregoing matter are true; and that the foregoing
 8   matter was transcribed by me, to the best of my ability
 9   and understanding, from my machine shorthand notes
10   taken at the time and place set out in the caption
11   hereto.
12           In accordance with Rule 30(e) of the Rules of
13   Civil Procedure, review of the transcript was waived by
14   the deponent or a party thereto.
15           I FURTHER CERTIFY that I am neither counsel
16   for, related to, nor employed by any of the parties to
17   the action in which this proceeding was taken; and,
18   further that I am not a relative or employee of any
19   attorney or counsel employed by the parties hereto, not
20   financially interested or otherwise, in the outcome of
21   this action.
22           GIVEN UNDER MY HAND AND SEAL OF OFFICE on
     this, the 29th day of April 2011.
23
24                          JANESS FERGUSON SMITH, CCR, RPR
                            Notary Public, Saline County
25                          and Court Reporter
                            Certificate Number 453
                    BUSHMAN COURT REPORTING
```