# ORIGINAL

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DERRICK AND ANITA SEYMORE, ET AL.

                PLAINTIFFS

VS.            NO. 410CV239 BSM

UNION PACIFIC RAILROAD CO.

                DEFENDANT

---

ORAL DEPOSITION

OF

JEFFREY JOSEPH MESKO

---

May 9, 2011

Law Offices of James F. Swindoll
212 Center Street, Suite 300
Little Rock, Arkansas

Shyloa Myers, RPR, CCR
Arkansas Lic. No. 710

1   surveyed?
2   A.   First-time home buyer.  Probably didn't know any
3   better.
4   Q.   Okay.  Do you know if the real estate company said you
5   don't have to have it surveyed or --
6   A.   I don't remember.
7   Q.   Okay.  Do you remember getting any advice from anyone
8   as to whether to have it surveyed?
9   A.   I don't remember.
10  Q.   You, I presume, do not have any experience, training,
11  or education as a house appraiser?
12  A.   Correct.
13  Q.   Do you know, did y'all have the house appraised when
14  y'all bought it?
15  A.   We didn't specifically have somebody do it.
16  Q.   Okay.  Do you know if the mortgage company did?
17  A.   I don't remember.
18  Q.   Okay.  Given that you don't have any experience,
19  training, or education as a house appraiser, as far as
20  knowing the established value of the house before or after
21  the flood, would any opinions you have be speculation in
22  that regard?
23  A.   Yes.
24  Q.   Okay.  What about do you have any experience, training,
25  or education in repairing flood damage as far as cost

1   estimates or anything like that?
2   A.   No, sir.
3   Q.   Okay. So would any opinions you have in that regard be
4   speculation also?
5   A.   Yes.
6   Q.   After either of the October or December of 2009 floods,
7   did you attend any meetings at City Hall concerning the
8   flooding?
9   A.   No, sir.
10  Q.   Okay. Do you recall there being any announcements
11  about meetings at City Hall?
12  A.   I heard. I don't have any specifics.
13  Q.   Okay. Did you attend any meetings in the neighborhood
14  with, you know, neighborhood association or anything like
15  that?
16  A.   No, sir.
17  Q.   Okay. Have you discussed the flooding at any time with
18  anyone from the City, whether it's an elected official or a
19  person on the staff of the City of Beebe?
20  A.   The street department. It was someone named Milton.
21  Q.   Milton McCullar?
22  A.   Yes.
23  Q.   Okay. I forgot to tell you, we can take a break at any
24  time. And we'll probably need to take a break every hour
25  just to take a restroom break or get something to drink.

1  Q.  Okay.  And what was the course of the conversation last
2  week?
3  A.  Just generally talking.  Everybody just generally
4  fearing for the worst at that time.
5  Q.  Okay.
6  A.  And everybody was asking him, "What do you think?  What
7  do you think?"
8      He said, "I don't know."
9      Based on the amount of rain that was forecasted,
10 everybody took more precaution this time.  But, you know, he
11 didn't really give any specifics.
12 Q.  Okay.  Did he at any time express any opinions to you
13 that he thought the Railroad was to blame for the flooding?
14 A.  Yes.
15 Q.  Okay.  Was that in this meeting last week?
16 A.  Yes.
17 Q.  Okay.  Tell me what he said in that regard.
18 A.  He just -- he mentioned the obvious picture that
19 everybody's seen.  And that's why -- you know, that's -- or
20 what he's basing his information off of, I believe.
21 Q.  Okay.  Before last week, had he ever expressed any
22 opinions to you that he thought the Railroad was at fault?
23 A.  Not to my knowledge.
24 Q.  Okay.  Before last week, has anyone, whether it's an
25 elected official or an employee of the City, expressed an

1   A.   Describe "correspondence."

2   Q.   Well, a letter?  E-mail?

3   A.   We did get a letter.

4   Q.   Okay.  Do you remember when that was?

5   A.   I want to say after the two thousand -- I mean, the

6   December flood.

7   Q.   Okay.  And what was the -- what did it say, as best you

8   can recall?

9   A.   I believe it was from the Mayor's office.

10  Q.   Uh-huh.

11  A.   Basically explaining that they think the Railroad is to

12  blame.

13  Q.   Okay.  Any more specifics than that?

14  A.   I don't remember.

15  Q.   Okay.  Did anyone at the City tell you that they

16  allowed building permits to be issued for houses in a

17  floodplain without complying with certain regulations to

18  control development in a floodplain?

19  A.   No.

20  Q.   Okay.  Did anyone at the City tell you that they had

21  issued building permits for houses to be built below the

22  hundred-year floodplain?

23  A.   No.

24  Q.   Has anyone at the City ever told you there are in fact

25  federal regulations that require the City to do certain

1  not disclose it?  Would you hold them responsible?
2       MS. GILBERT:  Objection, speculation.
3  Q.  Would you think they were at fault in part for your
4  damages?
5  A.  It would make me think twice about buying.
6  Q.  But would you hold them responsible for your damages?
7       MS. GILBERT:  Objection, speculation.
8  A.  Partly to blame, yes.
9  Q.  Okay.  Have you ever gone down to the railroad bridges
10 and the trestles in this area?
11 A.  I have been -- I haven't seen the actual trestle.
12 Q.  Okay.
13 A.  But I haven't been to the railroad.
14 Q.  Now, when you say you've been to "the railroad," what
15 do you mean?
16 A.  Just on the back side of the subdivision.
17 Q.  You've actually walked down --
18 A.  Yeah.  I -- that area used to not be fenced off.  It
19 used to just kind of be open land out there.
20 Q.  Oh, really?  There was a time when there was not a
21 fence there?
22 A.  Correct.  You know, you could take your four-wheeler
23 down there and run up to the base of the railroad there.
24 Q.  Okay.  But you never actually saw the bridges and
25 trestles down, like, between Beebe and Ward?

1  A.   If the railroad was draining properly, I don't think it
2  would have reached my property.
3  Q.   So you think that the Railroad has an obligation to
4  create drainage to account for unusual record rainfalls?
5  A.   Yes.
6  Q.   Okay.  I mean, the flooding that's going on now all
7  over Arkansas, I mean, do you blame anybody specifically for
8  that?
9  A.   No.
10 Q.   Or do you agree that is the result of the natural
11 rainfall?
12 A.   That's part of the result of the natural rainfall.
13 Q.   Okay.  And do you think that the natural rainfall
14 played any part in the cause of the October or December of
15 2009 floods?
16 A.   No.
17      MS. GILBERT:  Objection, speculation.
18 Q.   And why do you say that?  Why do you say no?
19 A.   Well, if there was originally I believe four bridges as
20 there was originally, according to the picture, it would
21 have drained substantially a lot more.
22 Q.   You said "according to the pictures."
23      What pictures are you talking about?
24 A.   Just the ones that Milton -- or not Milton, but the
25 ones he's talking about that I've seen through the law

CERTIFICATE

STATE OF ARKANSAS )
                  )ss
COUNTY OF PULASKI )

I, Shyloa Myers, CCR, RPR, and Notary Public, do hereby certify that the foregoing testimony of the witness, JEFFREY JOSEPH MESKO, was reported verbatim through the use of the stenographic method and thereafter transcribed by me or under my direct supervision to the best of my ability, taken at the time and place set out on the caption hereto.

I FURTHER CERTIFY that in accordance with Rule 30(e) of the Rules of Civil Procedure, review of the transcript was not requested.

I FURTHER CERTIFY that I am not a relative or employee of any attorney or employed by the parties hereto, nor financially interested or otherwise in the outcome of this action, and that I have no contract with the parties, attorneys, or persons with an interest in the action that affects impartiality or that requires me to provide any service not made available to all parties to the action.

WITNESS MY HAND AND SEAL this 1st day of June, 2011.

_____
Shyloa Myers, RPR, Notary Public
Arkansas CCR Lic. No. 710