# ORIGINAL

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION


DERRICK AND ANITA SEYMORE, ET AL.

PLAINTIFFS

VS.                       NO. 410CV239 BSM

UNION PACIFIC RAILROAD CO.

DEFENDANT

_____

ORAL DEPOSITION

OF

SARA RENEE MESKO

_____

May 9, 2011


Law Offices of James F. Swindoll
212 Center Street, Suite 300
Little Rock, Arkansas



Shyloa Myers, RPR, CCR
Arkansas Lic. No. 710

1  A.    -- last week and was telling us about this.

2  Q.    Okay.  Did you ever attend any meetings at City Hall

3  or neighborhood meetings concerning the flooding issues?

4  A.    No, sir.

5  Q.    Okay.  Did Milton or did anyone from the City ever

6  advise you your house was in a floodplain?

7  A.    No, sir.

8  Q.    Before you all bought the house, did anyone from the

9  City ever advise you of the dangers of flooding or the fact

10  that the property you were looking at was in a floodplain?

11  A.    No, sir.

12  Q.    Did anyone from the City ever in your presence while

13  talking to you or that you heard them talking to somebody

14  else, blame the flooding on the Railroad?

15  A.    Not that I remember.

16  Q.    Okay.  Have you ever been down to the bridges or the

17  trestles between Beebe and Ward?

18  A.    No, sir.

19  Q.    Do you have any special training, education, or

20  experience in appraising homes?

21  A.    No, sir.

22  Q.    Okay.  So I presume any opinions you have concerning

23  the value of the home before or after the flood would be

24  speculation?

25  A.    Yes, sir.

1   Q.   Okay.   Do you have any experience or training or

2   education in repairing flood damage to homes?

3   A.   No, sir.

4   Q.   Okay.   So as far as estimating the cost of doing that,

5   that would be speculation if you --

6   A.   Yes.

7   Q.   -- had any opinions in that regard?

8   A.   Yes, sir.

9   Q.   Okay.   Your husband testified about the -- as a result

10  of the October 2009, there was no damage to your house or

11  property; right?

12  A.   No, sir.

13  Q.   I asked a bad question, because let me ask you:   Was

14  there any damage to your house or property as a result of

15  the October 2009 flood?

16  A.   There was water on the property -- our property, yes.

17  Q.   Okay.   But what did -- did it cause damage?

18  A.   No.

19  Q.   Okay.   By water -- and water got on your property in

20  October 2009 but did not get in the house or garage,

21  correct?

22  A.   Yes, sir.

23  Q.   But in the December 2009 flood, you did get water in

24  the garage?

25  A.   Yes, sir.

1   Q.    Okay.  Have you ever been to Beebe Underwater.com?

2   A.    Never even heard of it.

3   Q.    Okay.  I may have asked you this.  Sometimes I can't

4   remember what I asked your husband and what I asked you.

5         But have you ever been down to the railroad to see the

6   bridges or the trestles?

7   A.    No, sir.

8   Q.    I presume you don't have any personal knowledge, then,

9   about the trestles, where they are, their size, their

10  condition, any of that?

11  A.    No, sir.

12  Q.    Okay.  Let's look at these photographs that we have

13  labeled.  And it looks like there's another set we'll

14  probably need to label; we'll do that in just a minute.

15        But let's start with there was a set we had labeled as

16  Exhibit 151-A which your husband thought looked like the

17  pictures from the December 2009 flood.

18  A.    Yes.

19  Q.    Can you go through Exhibit 151-A and just confirm that

20  those are in fact, to your knowledge, photos from the

21  December 2009 flood?  And if you see anything in there that

22  you don't think is from the 2009 flood, set it aside and

23  we'll talk about it.

24  A.    Okay.

25  Q.    Can I just stop you real quick?

1   A.    I asked him if it was going to look like it did at

2   Christmas, and he said he didn't know.  There was no way of

3   telling.

4   Q.    Okay.  Did he say anything to you about the Railroad

5   being the cause of any of the floods?

6   A.    Not that I remember.

7   Q.    Okay.  Have you had conversations with anyone at the

8   City about flooding issues?

9   A.    No, sir.

10  Q.    Besides your lawyers, have you had anyone else tell

11  you that they thought the Railroad was the cause of the

12  flooding?

13  A.    No, sir.

14  Q.    Okay.  When you were going through the process of

15  buying the house, did Mr. Orman tell you whether he had

16  built any houses in this neighborhood?

17  A.    Not that I can remember.

18  Q.    Do you know if -- did he own Golf Realty or is that

19  owned by somebody else?  Or do you know?

20  A.    I think it's his father.

21  Q.    Okay.  Do you have any other opinions concerning the

22  flooding or your damages or anything related to the suit

23  other than what you've testified to here?

24  A.    No, sir.

25  Q.    How about do you have knowledge of any other facts

CERTIFICATE

STATE OF ARKANSAS      )
                       )ss
COUNTY OF PULASKI      )

I, Shyloa Myers, CCR, RPR, and Notary Public, do hereby certify that the foregoing testimony of the witness, SARA RENEE MESKO, was reported verbatim through the use of the stenographic method and thereafter transcribed by me or under my direct supervision to the best of my ability, taken at the time and place set out on the caption hereto.

I FURTHER CERTIFY that in accordance with Rule 30(e) of the Rules of Civil Procedure, review of the transcript was not requested.

I FURTHER CERTIFY that I am not a relative or employee of any attorney or employed by the parties hereto, nor financially interested or otherwise in the outcome of this action, and that I have no contract with the parties, attorneys, or persons with an interest in the action that affects impartiality or that requires me to provide any service not made available to all parties to the action.

WITNESS MY HAND AND SEAL this 1st day of June, 2011.

Shyloa Myers, RPR, Notary Public
Arkansas CCR Lic. No. 710