```
 1        IN THE UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF ARKANSAS
 2                 WESTERN DIVISION
   ─────────────────────────────────────────────
 3  DERRICK and ANITA SEYMORE;
    SHANE SMITH; THADDEUS and
 4  KAY WINTERS; BRIAN and STEPHANIE
    PARKER; KEITH GRIFFIN;
 5  ARNOLD and SHELLY FELBERMAYER;
    JAMES and NORMA TAYLOR;
 6  GENE and EMMA ADAMS;
    CONNIE and STEWART KIRBY;
 7  GREGORY HORNESS; and
    ANTHONY and SHERRY HEALY;
 8  LINDA CRIDER; JOHNATHAN and
    RENEE GORDON                              PLAINTIFFS
 9
    VS.              CASE NO. 4:10-CV-239 BSM
10
    UNION PACIFIC RAILROAD COMPANY            DEFENDANT
11  ─────────────────────────────────────────────
12

13        ORAL DEPOSITION OF STEPHANIE PARKER

14                 April 18, 2011
15  ─────────────────────────────────────────────
```

ORIGINAL

BUSHMAN COURT REPORTING
620 West Third, Suite 302
Little Rock, Arkansas   72201
501.372.5115

BUSHMAN COURT REPORTING

1   closed on the house, he said that's not right, it's not
2   in a flood plain.
3          And when they pulled the flood maps, I
4   believe it was put in a flood plain in 2005, which
5   was after he bought it but before we bought it, and
6   so that was the explanation that the flood maps had
7   changed, but...
8   Q    That was the explanation from whom; do you know?
9   A    I think the lady that closed on our house, but...
10  Q    Okay.  Did anyone from the City ever say anything
11  about the 1977 flood plain map that showed the property
12  in the flood plain?
13  A    No.  I didn't know it was in 1977.
14  Q    Have you ever been down to any of railroad
15  bridges or the trestles that are in that area of Beebe?
16  A    No.
17  Q    Okay.  So you don't have any knowledge of the
18  bridges or how big they are or their condition or
19  anything like that?
20  A    No.
21  Q    You said you all took photographs as the water
22  was rising before the October '09 flood; do you think?
23  A    I do believe.
24  Q    Okay.  Did you take any other photographs at any
25  time?

```
 1            COURT REPORTER'S CERTIFICATE
 2   STATE OF ARKANSAS)
                      )ss.
 3   COUNTY OF SALINE )
 4            I, JANESS FERGUSON SMITH, CCR, RPR, a Notary
 5   Public in and for Saline County, Arkansas do hereby
 6   certify that the facts stated by me in the caption of
 7   the foregoing matter are true; and that the foregoing
 8   matter was transcribed by me, to the best of my ability
 9   and understanding, from my machine shorthand notes
10   taken at the time and place set out in the caption
11   hereto.
12            In accordance with Rule 30(e) of the Rules of
13   Civil Procedure, review of the transcript was waived by
14   the deponent or a party thereto.
15            I FURTHER CERTIFY that I am neither counsel
16   for, related to, nor employed by any of the parties to
17   the action in which this proceeding was taken; and,
18   further that I am not a relative or employee of any
19   attorney or counsel employed by the parties hereto, not
20   financially interested or otherwise, in the outcome of
21   this action.
22            GIVEN UNDER MY HAND AND SEAL OF OFFICE on,
     this, the 18th day of April, 2011.
23
24                        JANESS FERGUSON SMITH, CCR, RPR
                          Notary Public Saline County
25                        and Court Reporter.
                          Certificate Number 453
```

BUSHMAN COURT REPORTING