```
        IN THE UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF ARKANSAS
                   WESTERN DIVISION
```

| | |
|---|---|
| DERRICK and ANITA SEYMORE; SHANE SMITH; THADDEUS and KAY WINTERS; BRIAN and STEPHANIE PARKER; KEITH GRIFFIN; ARNOLD and SHELLY FELBERMAYER; JAMES and NORMA TAYLOR; GENE and EMMA ADAMS; CONNIE and STEWART KIRBY; GREGORY HORNESS; and ANTHONY and SHERRY HEALY; LINDA CRIDER; JOHNATHAN and RENEE GORDON | PLAINTIFFS |
| VS.    CASE NO. 4:10-CV-239 BSM | |
| UNION PACIFIC RAILROAD COMPANY | DEFENDANT |

ORAL DEPOSITION OF BRIAN PARKER

April 18, 2011

☐ ORIGINAL

BUSHMAN COURT REPORTING
620 West Third, Suite 302
Little Rock, Arkansas  72201
501.372.5115

BUSHMAN COURT REPORTING

1   A   No, sir.

2   Q   How long have you lived in White County?

3   A   Almost 12 years.

4   Q   Okay. Where are you from originally?

5   A   Fordyce was where I was born.

6   Q   Okay. So for the last 12 years have you lived in
7   White County?

8   A   Yes. We did move to Ozark just for a few
9   months --

10  Q   Okay.

11  A   -- with a new job but then came back.

12  Q   All right. When you have lived in White County
13  have you always lived in Beebe?

14  A   Yes, El Paso. Not El Paso, Antioch, which is
15  right outside of Beebe.

16  Q   Okay. Have you ever been in the construction
17  business or flood repair business?

18  A   No, sir.

19  Q   Okay. Do you have any expertise, any training in
20  appraisals or evaluating houses after damage or
21  anything like that?

22  A   No, sir.

23  Q   Okay. Would it be safe to say, then, any
24  opinions you would have as to the reduction in value
25  for a house after a flood would be speculation?

1 maps of the flood plain.

2 Q    Okay.

3 A    But, I mean, I don't know about him ever --

4 Q    Y'all didn't have discussions about the history
5 of the neighborhood or building or when your house was
6 built and what the flood plain was when it was built
7 and all of that?

8 A    I can't remember exactly what our conversations
9 were about. I know we talked about the flood and all,
10 because he showed me the flood maps --

11 Q    Okay.

12 A    -- and, but I don't remember any, you know, any
13 detailed information about the neighborhood or anything
14 like that.

15 Q    Okay. Did he ever express any opinion as to what
16 he thought caused the flood?

17 A    No.

18 Q    Okay. Have you ever talked to Mayor Mike
19 Robertson? Do you know him?

20 A    Yes.

21 Q    Okay. Have you talked to him about what he
22 thinks in his opinion caused the flood?

23 A    No.

24 Q    Okay. Have you ever seen -- Have you ever been
25 down to the railroad bridges or trestles in that area?

```
 1   A     No, sir.
 2   Q     Okay.  So you don't have any knowledge of how
 3   long they are or where they are located or condition or
 4   anything like that?
 5   A     I have seen photographs, aerial photographs.
 6   Q     Aerial photographs?
 7   A     Yes.
 8   Q     Okay.  Where did you see aerial photographs?
 9   A     Mr. Swindoll.
10   Q     Okay.  Besides those photos, have you seen any
11   photos of the trestles and bridges?
12   A     No.
13   Q     Okay.  I take it even though you have seen aerial
14   photos you don't have any knowledge as to the actual
15   length of the bridge or its condition or anything like
16   that?
17   A     (Witness shakes head.)
18   Q     You have to answer out loud.
19   A     No, sir.
20   Q     Okay.  Did you ever attend any neighborhood
21   meetings or city meetings concerning the flooding in
22   your neighborhood?
23   A     No.
24   Q     Did you ever talk to Mayor Robertson about the
25   flooding issues in the neighborhood?
```

```
 1              COURT REPORTER'S CERTIFICATE
 2    STATE OF ARKANSAS)
                       )ss.
 3    COUNTY OF SALINE )
 4              I, JANESS FERGUSON SMITH, CCR, RPR, a Notary
 5    Public in and for Saline County, Arkansas do hereby
 6    certify that the facts stated by me in the caption of
 7    the foregoing matter are true; and that the foregoing
 8    matter was transcribed by me, to the best of my ability
 9    and understanding, from my machine shorthand notes
10    taken at the time and place set out in the caption
11    hereto.
12              In accordance with Rule 30(e) of the Rules of
13    Civil Procedure, review of the transcript was waived by
14    the deponent or a party thereto.
15              I FURTHER CERTIFY that I am neither counsel
16    for, related to, nor employed by any of the parties to
17    the action in which this proceeding was taken; and,
18    further that I am not a relative or employee of any
19    attorney or counsel employed by the parties hereto, not
20    financially interested or otherwise, in the outcome of
21    this action.
22              GIVEN UNDER MY HAND AND SEAL OF OFFICE on,
      this, the 18th day of April, 2011.
23
24                           JANESS FERGUSON SMITH, CCR, RPR
                             Notary Public - Saline County
25                           and Certified Court Reporter
                             Certificate No. 453
                    BUSHMAN COURT REPORTING
```