```
                IN THE UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF ARKANSAS
                         WESTERN DIVISION
```

DERRICK and ANITA SEYMORE;
SHANE SMITH; THADDEUS and
KAY WINTERS; BRIAN and STEPHANIE
PARKER; KEITH GRIFFIN;
ARNOLD and SHELLY FELBERMAYER;
JAMES and NORMA TAYLOR;
GENE and EMMA ADAMS;
CONNIE and STEWART KIRBY;
GREGORY HORNESS; and
ANTHONY and SHERRY HEALY;
LINDA CRIDER; JOHNATHAN and
RENEE GORDON                                        PLAINTIFFS

VS.                    CASE NO. 4:10-CV-239 BSM

UNION PACIFIC RAILROAD COMPANY                       DEFENDANT

---

ORAL DEPOSITION OF ANITA SEYMORE

April 12, 2011

---

ORIGINAL

BUSHMAN COURT REPORTING
620 West Third, Suite 302
Little Rock, Arkansas  72201
501.372.5115

BUSHMAN COURT REPORTING

Case 4:10-cv-00239-BSM   Document 66-22   Filed 09/02/11   Page 2 of 3

16

1  Q     Did you go up to city hall and meet with him --
2  A     No.
3  Q     -- or was it on the phone?
4  A     No. He, he was out. They were really good
5  about, when it did happen, they were out making sure
6  that everyone was safe and everyone, you know, was --
7  they were cleaning up debris and everything else, so.
8  Q     Did Milton indicate that he thought one reason
9  your house flooded was because it was in a floodplain?
10 A     No.
11 Q     Did he give you any indication as to what he
12 thought the cause of flood was?
13 A     Well, I mean, of course there was speculation,
14 you know, that -- that we didn't have enough drainage
15 to our subdivision and that water backed up on us.
16 Q     Okay. Because of the railroad tracks?
17 A     Yes.
18 Q     Okay. Before or after the flood did you go down
19 and look at the trestles or bridges or anything like
20 that?
21 A     No way, I'm not walking back there.
22 Q     Did you have any knowledge of bridges being taken
23 out in that area?
24 A     Oh no, no.
25 Q     Did you have any discussions with Mayor

```
 1   COUNTY OF SALINE )

 2              I, JANESS FERGUSON SMITH, CCR, RPR, a Notary
 3   Public in and for Saline County, Arkansas do hereby
 4   certify that the facts stated by me in the caption of
 5   the foregoing matter are true; and that the foregoing
 6   matter was transcribed by me, to the best of my ability
 7   and understanding, from my machine shorthand notes
 8   taken at the time and place set out in the caption
 9   hereto.
10              In accordance with Rule 30(e) of the Rules of
11   Civil Procedure, review of the transcript was waived by
12   the deponent or a party thereto.
13              I FURTHER CERTIFY that I am neither counsel
14   for, related to, nor employed by any of the parties to
15   the action in which this proceeding was taken; and,
16   further that I am not a relative or employee of any
17   attorney or counsel employed by the parties hereto, not
18   financially interested or otherwise, in the outcome of
19   this action.
20              GIVEN UNDER MY HAND AND SEAL OF OFFICE on,
     this, the 12th day of April, 2011.
21
22                              JANESS FERGUSON SMITH, CCR, RPR
                                Notary Public for Saline County
23                              and Official Reporter.
                                JANESS FERGUSON SMITH
24                              NOTARY PUBLIC - SALINE CO., AR
                                COMMISSION EXPIRES 10-26-13
                                CERTIFIED COURT REPORTER
25                              ARKANSAS SUPREME COURT
                                CERTIFICATE NO. 453
```

BUSHMAN COURT REPORTING