```
 1            IN THE UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF ARKANSAS
 2                    WESTERN DIVISION

 3   DERRICK and ANITA SEYMORE;
     SHANE SMITH; THADDEUS and
 4   KAY WINTERS; BRIAN and STEPHANIE
     PARKER; KEITH GRIFFIN;
 5   ARNOLD and SHELLY FELBERMAYER;
     JAMES and NORMA TAYLOR;
 6   GENE and EMMA ADAMS;
     CONNIE and STEWART KIRBY;
 7   GREGORY HORNESS; and
     ANTHONY and SHERRY HEALY;
 8   LINDA CRIDER; JOHNATHAN and
     RENEE GORDON                               PLAINTIFFS
 9
     VS.             CASE NO. 4:10-CV-239 BSM
10
     UNION PACIFIC RAILROAD COMPANY             DEFENDANT
11

12

13         ORAL DEPOSITION OF DERRICK SEYMORE

14                   April 12, 2011
```

📜 **ORIGINAL**

```
                    BUSHMAN COURT REPORTING
                    620 West Third, Suite 302
                    Little Rock, Arkansas   72201
                         501.372.5115
```

BUSHMAN COURT REPORTING

1  way down to the floor?
2  A    Yes.
3  Q    Okay. Did you have to replace any sheetrock or
4  any insulation?
5  A    No.
6  Q    Anything like that?
7  A    They didn't have any insulation in there.
8  Q    Other than the heat and air, did the -- any flood
9  damage to power outlets, anything like that?
10 A    No.
11 Q    Before this flood had you ever gone back and
12 looked at the railroad trestles that are south of the
13 neighborhood?
14 A    No, I had not.
15 Q    Can you see the railroad trestle?
16 A    Unless you go over there across that field.
17 Q    Okay. But if you are standing, for instance, on
18 Birchwood you can't see the trestles from there?
19 A    No. We have got a bunch of trees and everything.
20 Q    All right. Since the floods have you been to
21 look at any of the bridges or trestles?
22 A    No.
23 Q    Okay. You don't have any knowledge, then, of the
24 bridges or trestles or what is there or their
25 condition?

1   A   No.

2   Q   Same thing for Buddy Guyot, do you know who he
3   is?

4   A   I have heard of him, but I don't exactly know
5   him.

6   Q   Have you ever talked to him?

7   A   No.

8   Q   Mike Robertson?

9   A   I seen him around, but I ain't never talked to
10  him.

11  Q   Okay. Milton McCullar?

12  A   Yeah, I talked to Milton. He called back.

13  Q   He is the floodplain administrator for the city?

14  A   (Witness nods head.)

15  Q   You have to answer out loud.

16  A   Yes.

17  Q   Did he ever say anything to you about what caused
18  the flooding in the neighborhood?

19  A   Like I said, it was a trestles or something out
20  over there.

21  Q   Okay. When did he make that statement to you?

22  A   I think it was after they hired the engineer to
23  go out there.

24  Q   Okay. Do you have any personal knowledge about
25  trestles being taken out or being burned along the

Case 4:10-cv-00239-BSM   Document 66-23   Filed 09/02/11   Page 4 of 5

61

1  railroad?

2  A     I do not. I didn't even know what a trestle was.

3  Q     Okay. Okay. Let's go to the next exhibit, which

4  is Number 60. I will give you that exhibit. And if

5  you will look at the Answer to Interrogatory Number 16,

6  it says, All receipts in Plaintiff's possession have

7  been previously provided.

8         That is a reference to the receipts that

9  you all produced to your lawyers. And they gave

10 them to us, and we have gone through those receipts.

11        We have gone through -- Well, let me just

12 ask you, other than those receipts, is there any

13 other damages or money that y'all paid out

14 concerning the flood damages?

15 A     No.

16 Q     Okay. Are you aware of any other damage to your

17 property, other than what you have either looked at in

18 receipts or you have testified to here today?

19 A     No.

20 Q     Okay. Okay. Let's go to Exhibit 61. Can I see

21 60? Sixty is the same thing as 61 except 61 has the

22 attachments, so I duplicated efforts there. I

23 apologize. So we have already looked at that one.

24        And then let me give you Exhibit 62, which

25 I believe is the last supplement to your discovery.

1           COURT REPORTER'S CERTIFICATE

2  STATE OF ARKANSAS)
                    ) ss.
3  COUNTY OF SALINE )

4          I, JANESS FERGUSON SMITH, CCR, RPR, a Notary Public in and for Saline County, Arkansas do hereby certify that the facts stated by me in the caption of the foregoing matter are true; and that the foregoing matter was transcribed by me, to the best of my ability and understanding, from my machine shorthand notes taken at the time and place set out in the caption hereto.

12          In accordance with Rule 30(e) of the Rules of Civil Procedure, review of the transcript was waived by the deponent or a party thereto.

15          I FURTHER CERTIFY that I am neither counsel for, related to, nor employed by any of the parties to the action in which this proceeding was taken; and, further that I am not a relative or employee of any attorney or counsel employed by the parties hereto, not financially interested or otherwise, in the outcome of this action.

22          GIVEN UNDER MY HAND AND SEAL OF OFFICE on, this, the 12th day of April, 2011.

_____
JANESS FERGUSON SMITH, CCR, RPR
Notary Public for Saline County
and Arkansas Supreme Court
Certificate Number 453

BUSHMAN COURT REPORTING