```
             IN THE UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF ARKANSAS
                         WESTERN DIVISION

DERRICK AND ANITA SEYMORE;      ) PLAINTIFFS
SHANE SMITH; THADDEUS AND       )
KAY WINTERS; BRIAN AND          )
STEPHANIE PARKER; KEITH         )
GRIFFIN; ARNOLD AND SHELLY      )
FELBERMAYER; JAMES AND          )
NORMA TAYLOR; GENE AND          )
EMMA ADAMS; CONNIE AND          )
STEWART KIRBY; GREGORY          )
HORNESS; ANTHONY AND            )
SHERRY HEALY; LINDA             )
CRIDER; JONATHAN AND RENEE      )
GORDON; AND MELTON AND          )
RUTH HAYNIE                     )
                                )
VS.                             ) CASE NO. 4:10CR00239 BSM
                                )
UNION PACIFIC RAILROAD          )
COMPANY                         ) DEFENDANT.
```

---

ORAL DEPOSITION OF

SHANE SMITH

MAY 11, 2011

---

ORAL DEPOSITION OF SHANE SMITH, produced as a witness at the instance of the Defendant, and duly sworn, was taken in the above-styled and numbered cause on MAY 11, 2011, from 8:57 a.m. to 10:57 a.m., before Crystal Garrison, Certified Court Reporter, in and for the State of Arkansas, reported by machine shorthand, at Swindoll Law Firm, 212 Center Street, Suite 300, Little Rock, Arkansas 72201, pursuant to the Federal Rules of Civil Procedure.

*ORIGINAL*

1 just heard the news reports?
2 A.  Both website and also saw their weathercast on their
3 newscast.
4 Q.  So, Channel 7 has a gauge or where they just had
5 certain articles about Beebe?
6 A.  That I recall, that they talked about Beebe.  And I
7 remember that they talked about the amount of rain that
8 we received.
9 Q.  Okay.  So, do you have any idea what caused the
10 water to be so much higher in December '09 as compared
11 to the 2001 flood?  I mean, did you ever hear anyone
12 research that or ask anyone -- say anything about that?
13 A.  I've been -- I've been told -- I've been told a lot
14 of things about that, probably the same things that you
15 guys have heard.  I've been told everything from the
16 railroad to beaver dams to runoff.  But I've never heard
17 anything officially.
18 Q.  Okay.  And I don't want to know anything you've
19 heard from your lawyers, I can't ask you anything your
20 lawyers have talked to you about.  But what
21 conversations -- and you said -- let me back up and make
22 sure I understand you.  You said the rains in 2001 were
23 approximately the same as the rains in 2009?
24 A.  That is correct.
25 Q.  Okay.  So, what conversations have you had with

1  anyone, other than your lawyers, concerning why there
2  was such a difference in the water level between '01 and
3  '09 if those were the amounts of rain?
4  A.   Well, I know that I've had conversations with the
5  mayor.
6  Q.   Okay.  Tell me about those conversations.  What
7  conversations have you had with the mayor?
8  A.   Well, I've had numerous conversations with the mayor
9  as far as both the October and December events.
10 Q.   Okay.
11 A.   And asking, you know, what was being done.  Asking,
12 you know, had the City talked to anybody.  The mayor and
13 I, you know, had talked many times about what he felt,
14 you know, was the cause of --
15 Q.   Okay.
16 A.   You know, the flooding.
17 Q.   And what did he think was the cause of the flooding?
18 A.   He stated to me that he felt that it was the
19 trestles that were plugged up.
20 Q.   Okay.
21 A.   That were causing the flooding.
22 Q.   Did he -- now, you said you bought your house in
23 2000?
24 A.   December of 2000.
25 Q.   Okay.  Between December 2000 and December 2009, I

1  street department. And really he didn't tell me
2  anything other than what the mayor told me.
3  Q. Okay.
4  A. You know --
5  Q. Which was that he thought the railroad was --
6  A. Yes.
7  Q. -- at fault and the City was not at fault?
8  A. Yes.
9  Q. The City had done everything they were supposed to
10 do?
11 A. Yes.
12 Q. Did you after -- let me strike that. At any time,
13 did you attend any City -- any meetings up at City Hall?
14 A. No, I did not.
15 Q. Okay. Did you attend any meetings in the
16 neighborhood concerning flooding?
17 A. No, I did not.
18 Q. Okay. Are you aware that there is a requirement for
19 the City to actually issue building permits for
20 development in a floodplain?
21 A. No, I was not aware of that.
22 Q. Okay. And are you aware that that permit was not
23 issued on your house before it was built?
24 A. No, I was not aware of that.
25 Q. The City never told you that?

```
 1                REPORTER'S CERTIFICATION
 2              ORAL DEPOSITION OF SHANE SMITH
 3                      MAY 11, 2011
 4
 5       I, CRYSTAL GARRISON, Certified Shorthand Reporter
 6  in and for the State of Arkansas, hereby certify to the
 7  following:
 8       That the witness was duly sworn by the officer and
 9  that the transcript of the Oral Deposition is a true
10  record of the testimony given by the witness;
11       I further certify that I am neither counsel for,
12  related to, nor employed by any of the parties or
13  attorneys in the action in which this proceeding was
14  taken, and further that I am not financially or
15  otherwise interested in the outcome of the action.
16       Certified to by me this 19th day of May,
17  2011.
18
19
20
21
22
23                          
                            Crystal Garrison, CCR # 613
24                          Bushman Court Reporting
                            620 West Third Street, Suite 302
25                          Little Rock, Arkansas 72201
                            (501) 372-5115
```