1           IN THE UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF ARKANSAS
2                    WESTERN DIVISION

3    DERRICK and ANITA SEYMORE;
     SHANE SMITH; THADDEUS and
4    KAY WINTERS; BRIAN and STEPHANIE
     PARKER; KEITH GRIFFIN;
5    ARNOLD and SHELLY FELBERMAYER;
     JAMES and NORMA TAYLOR;
6    GENE and EMMA ADAMS;
     CONNIE and STEWART KIRBY;
7    GREGORY HORNESS; and
     ANTHONY and SHERRY HEALY;
8    LINDA CRIDER; JOHNATHAN and
     RENEE GORDON                              PLAINTIFFS
9
     VS.                CASE NO. 4:10-CV-239 BSM
10
     UNION PACIFIC RAILROAD COMPANY            DEFENDANT
11

12

13            ORAL DEPOSITION OF BRIAN STROUD

14                    August 29, 2011

15

16

17

18

19

20

21
                      ⬚ ORIGINAL
22

23
                 BUSHMAN COURT REPORTING
24               620 West Third, Suite 302
                 Little Rock, Arkansas  72201
25                    501.372.5115

                 BUSHMAN COURT REPORTING

1   A.    Well, I didn't know -- if I would have known

2   things that had happened in the past that we know now,

3   I mean, I know how to look at aerial photographs and,

4   you know, whenever it looks like a lake on one side of

5   the railroad tracks and on the other side there is

6   plenty of, you know, access for water to go to, and,

7   you know, if there were trestles back there at one

8   time, and they filled those in, and there is nowhere

9   for that water to go, it creates like a dam, and then,

10  you know, the water will just back up.

11  Q.    But you knew that was a risk when you bought the

12  house?

13  A.    No.  I didn't know, I didn't know that there were

14  trestles back there that had been filled in.

15  Q.    I see what you are saying.  But you knew that

16  flooding was a risk when you bought the house?

17  A.    Yes.

18  Q.    Now, have you ever been down and looked at the

19  railroad trestles between Beebe and Ward?

20  A.    No.

21  Q.    Okay.  Do you have any education, training or

22  experience in hydrology?

23  A.    No.

24  Q.    Okay.  Any training, education or experience in

25  engineering?

BUSHMAN COURT REPORTING

1    A.    No.

2    Q.    Okay.  You said something about I know how to

3    look at aerial photographs?

4    A.    Yes.

5    Q.    What are talking about there?

6    A.    Well, from the military.

7    Q.    Okay.  What job did you have where you looked at

8    aerial photographs?

9    A.    I was an infantry commander in the 39th Infantry

10   brigade.  I am used to looking at photographs and

11   navigating by air and on land.

12   Q.    Okay.  But you don't have any training or

13   experience in looking at photographs to determine

14   whether or not flood hazards exist or anything like

15   that?

16   A.    No.

17   Q.    Okay.  Have you sued any other parties besides

18   Union Pacific as a result of the floods?

19   A.    No.

20   Q.    Have you made any claims against anyone else,

21   where you have sued them or not, concerning the floods?

22   A.    No.

23   Q.    Okay.  Do you know how many bridges there are

24   between Ward and Beebe?

25   A.    No.

1  Q.    Do you know what the -- I presume, then -- let me

2  back up.  Do you know how many linear footage of

3  bridges there are between Ward and Beebe?

4  A.    No.

5  Q.    Do you know what waterways flow between the

6  Windwood Meadows Subdivision and Ward?

7  A.    I don't know what the name of the waterways are.

8  I know there's -- Out by the freeway there are two what

9  I would call low water bridges.

10  Q.    Okay.

11  A.    When it rains there is a lot of water that comes

12  down in that area from --

13  Q.    Okay.

14  A.    -- the west.

15  Q.    Okay.  Comes from the west side of the highway

16  bridges?

17  A.    Yes.

18  Q.    Okay.  Do you know how many highway bridges there

19  are between Beebe and Ward?

20  A.    Two.

21  Q.    And when you say "highway bridges" which highway

22  are you talking about?

23  A.    The freeway, interstate 67/167.

24  Q.    What is the old highway between Beebe and Ward;

25  do you know what highway number?

BUSHMAN COURT REPORTING

1   flooding or being in a flood plain?

2   A.    No.

3   Q.    And why is it that you think the railroad is at

4   fault?

5   A.    Why, because if there was -- Whenever you have a

6   levee, to me you have a levee, and there's a place for

7   water to go, you know, when it's a very low point, and

8   you stop that up, then it creates like a dam, and the

9   water is just going to back up.

10  Q.    Do you know how long the railroad has been there?

11  A.    No.

12  Q.    Let's assume the railroad has been there since

13  1873.

14  A.    Uh-huh.

15  Q.    Do you hold the developers responsible for

16  developing in land that they knew was 100 year flood

17  plain?

18            MS. GILBERT:   Objection; calls for

19            speculation.

20  A.    I wouldn't -- I don't have enough training to

21  say, you know, one way or another.

22  Q.    When you say you don't have enough training, what

23  are you talking about?

24  A.    Well, I don't have enough expertise to answer

25  that question.

BUSHMAN COURT REPORTING

```
1                COURT REPORTER'S CERTIFICATE
2    STATE OF ARKANSAS)
                      )ss.
3    COUNTY OF SALINE )
```

4        I, JANESS FERGUSON SMITH, CCR, RPR, a Notary

5    Public in and for Saline County, Arkansas do hereby

6    certify that the facts stated by me in the caption of

7    the foregoing matter are true; and that the foregoing

8    matter was transcribed by me, to the best of my ability

9    and understanding, from my machine shorthand notes

10   taken at the time and place set out in the caption

11   hereto.

12        In accordance with Rule 30(e) of the Rules of

13   Civil Procedure, review of the transcript was waived by

14   the deponent or a party thereto.

15        I FURTHER CERTIFY that I am neither counsel

16   for, related to, nor employed by any of the parties to

17   the action in which this proceeding was taken; and,

18   further that I am not a relative or employee of any

19   attorney or counsel employed by the parties hereto, not

20   financially interested or otherwise, in the outcome of

21   this action.

22        GIVEN UNDER MY HAND AND SEAL OF OFFICE on,
      this, the 29th day of August, 2011.

23

24                JANESS FERGUSON SMITH, CCR, RPR
                Notary Public in and for Saline County

25                and
                Certified Court Reporter 3
        BUSHMAN COURT REPORTING

JANESS FERGUSON SMITH
NOTARY PUBLIC - SALINE CO., AR
COMMISSION EXPIRES 10-26-13
CERTIFIED COURT REPORTER
ARKANSAS SUPREME COURT
CERTIFICATE NO. 453