```
 1              IN THE UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF ARKANSAS
 2                     WESTERN DIVISION

 3   DERRICK and ANITA SEYMORE;
     SHANE SMITH; THADDEUS and
 4   KAY WINTERS; BRIAN and STEPHANIE
     PARKER; KEITH GRIFFIN;
 5   ARNOLD and SHELLY FELBERMAYER;
     JAMES and NORMA TAYLOR;
 6   GENE and EMMA ADAMS;
     CONNIE and STEWART KIRBY;
 7   GREGORY HORNESS; and
     ANTHONY and SHERRY HEALY;
 8   LINDA CRIDER; JOHNATHAN and
     RENEE GORDON                                PLAINTIFFS
 9
     VS.              CASE NO. 4:10-CV-239 BSM
10
     UNION PACIFIC RAILROAD COMPANY               DEFENDANT
11

12

13            ORAL DEPOSITION OF JAMES TAYLOR

14                    April 25, 2011

15
```

**ORIGINAL**

BUSHMAN COURT REPORTING
620 West Third, Suite 302
Little Rock, Arkansas  72201
501.372.5115

BUSHMAN COURT REPORTING

```
 1   A      That, but I -- That's what I heard that it was
 2   when that house was built was supposed to have been
 3   214.
 4   Q      Okay.
 5   A      Of course, that would have put me in good shape
 6   all along.
 7   Q      Okay.
 8   A      But I find out now that they said it was 220 a
 9   long time ago.
10   Q      Okay.  Have you ever been down to see the
11   railroad bridges or the trestles in this area?
12   A      No.  They have got it fenced off.
13   Q      Okay.
14   A      We can't get back there very well.
15   Q      All right.  I just wanted to make sure you didn't
16   have any knowledge as to the size of those bridges or
17   their maintenance or anything like that.
18   A      No.
19   Q      Okay.
20   A      I know when I was a kid I would go up and down
21   through there, and I never seen water like that when I
22   was a kid, but...
23   Q      Okay.
24   A      I figured they had plenty of drainage through
25   there.
```

1   time you want. If we need to take a restroom break or
2   drink break or whatever, just let me know. We will try
3   to take a break at least every hour. We won't be here
4   that long, but...
5   A     I'm okay.
6   Q     Okay. The meeting you went to at City Hall, was
7   it just one meeting that you went to, or was there more
8   than that one?
9   A     Just one that I went to, and I don't even know if
10  they had any more or not.
11  Q     Okay. Do you recall how many days after the
12  flood that meeting occurred?
13  A     No, I don't remember.
14  Q     Do you remember if it was within a week or a
15  couple of weeks?
16  A     I don't remember.
17  Q     Okay. Was there any discussion by anyone at the
18  meeting as to putting blame on the railroad for the
19  flood?
20  A     I don't even know that.
21  Q     Okay. Have you ever heard anyone say that the
22  railroad caused the flood, as far as city officials are
23  concerned?
24  A     I haven't heard -- I haven't heard city officials
25  say it, but I believed it.

1  Q     Okay. Do you know how much rain Beebe had had
2  that day?
3  A     No.
4  Q     Okay.
5  A     All I know is they said we had 80 something
6  inches that year.
7  Q     Had 80 something that year?
8  A     That year.
9  Q     Which was -- Was that an unusually high amount
10 for Beebe; do you know?
11 A     That was unusually high amount for Arkansas.
12 Q     Okay. So it had been a pretty wet fall?
13 A     Well, it had been -- yeah.
14 Q     And winter?
15 A     Yeah. Of course, I think they all know that.
16 Q     I know you have said that you think the railroad
17 caused the flood. Do you think the unusual amount of
18 rain had anything to do with the flood?
19 A     Well, I imagine, but if they had had some
20 trestles down there, that water could have gone on
21 across there.
22 Q     Okay. You don't have any experience or training
23 in what we call hydrology; do you?
24 A     No.
25 Q     Okay. Have you ever had any conversations with

```
 1                COURT REPORTER'S CERTIFICATE
 2   STATE OF ARKANSAS)
                     ) ss.
 3   COUNTY OF SALINE )

 4            I, JANESS FERGUSON SMITH, CCR, RPR, a Notary
 5   Public in and for Saline County, Arkansas do hereby
 6   certify that the facts stated by me in the caption of
 7   the foregoing matter are true; and that the foregoing
 8   matter was transcribed by me, to the best of my ability
 9   and understanding, from my machine shorthand notes
10   taken at the time and place set out in the caption
11   hereto.
12            In accordance with Rule 30(e) of the Rules of
13   Civil Procedure, review of the transcript was waived by
14   the deponent or a party thereto.
15            I FURTHER CERTIFY that I am neither counsel
16   for, related to, nor employed by any of the parties to
17   the action in which this proceeding was taken; and,
18   further that I am not a relative or employee of any
19   attorney or counsel employed by the parties hereto, not
20   financially interested or otherwise, in the outcome of
21   this action.
22            GIVEN UNDER MY HAND AND SEAL OF OFFICE on,
     this, the 25th day of April, 2011.
23
24                    JANESS FERGUSON SMITH, CCR, RPR
                      Notary Public in and for Saline County
25                    and
                      Certificate No. 453
                   BUSHMAN COURT REPORTING
```