```
 1           IN THE UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF ARKANSAS
 2                    WESTERN DIVISION

 3   DERRICK and ANITA SEYMORE;
     SHANE SMITH; THADDEUS and
 4   KAY WINTERS; BRIAN and STEPHANIE
     PARKER; KEITH GRIFFIN;
 5   ARNOLD and SHELLY FELBERMAYER;
     JAMES and NORMA TAYLOR;
 6   GENE and EMMA ADAMS;
     CONNIE and STEWART KIRBY;
 7   GREGORY HORNESS; and
     ANTHONY and SHERRY HEALY;
 8   LINDA CRIDER; JOHNATHAN and
     RENEE GORDON                                PLAINTIFFS
 9
     VS.              CASE NO. 4:10-CV-239 BSM
10
     UNION PACIFIC RAILROAD COMPANY              DEFENDANT
11

12

13         ORAL DEPOSITION OF NORMA TAYLOR

14                   April 25, 2011

15
```

**ORIGINAL**

BUSHMAN COURT REPORTING
620 West Third, Suite 302
Little Rock, Arkansas  72201
501.372.5115


BUSHMAN COURT REPORTING

1   remember what it is.
2   Q   Okay.
3   A   I know it's at Searcy.
4   Q   Citizens Title, does that sound?
5   A   I'm not sure.
6   Q   Okay. Are you aware of any other photos of your
7   house besides the ones we have attached?
8   A   No, I don't -- I sent what I had in.
9   Q   Okay. And do you have any -- well, let me strike
10  that. Have you ever been to look at the railroad
11  bridges or trestles?
12  A   I have never been back there.
13  Q   Okay. So you don't have any knowledge of their
14  condition or size or anything like that?
15  A   No.
16  Q   Do you have any training or education or
17  experience, experience in appraising houses,
18  establishing the value?
19  A   No.
20  Q   Okay. Do you have any idea of the value of your
21  house after the flood?
22  A   No, I don't, sir.
23  Q   Okay. I guess the same question for construction
24  of repairs, do you have any experience or expertise
25  in --

```
 1   A      No.
 2   Q      -- in repairing flood damage?
 3   A      No, I don't.
 4   Q      Okay.  So, do you have any idea of what the cost
 5   would be to do any of the repairs to your house?
 6   A      I don't.
 7   Q      Okay.  Exhibit 95 that we have looked at, do you
 8   remember seeing that exhibit before you all purchased
 9   your house?
10   A      Ninety-five?
11   Q      Well, it's numbered, the little yellow sticker is
12   how we have identified it.  It's number 95.
13   A      Do I remember seeing this?
14   Q      Yes, ma'am.
15   A      Yes.
16   Q      Okay.  And if you'll go to the back page, if you
17   will just confirm that's your signature on the back
18   page.
19   A      Yes, it is.
20   Q      Okay.  And you saw this before you all closed on
21   the property?
22   A      Yes.
23   Q      And I don't recall which questions they were.
24   Let's look at it.  Do you recall when you reviewed the
25   document -- let me ask you, did you review the document
```

```
 1   Q      It was hitting outside; did you say?
 2   A      No outside -- the little round heater was
 3   sitting, like, close to the wall.
 4   Q      Okay.
 5   A      And we set a box fan behind that --
 6   Q      Okay.
 7   A      -- to blow the --
 8   Q      To blow the heat into the wall?
 9   A      Yeah.
10   Q      Okay.  So, you just move that around the house, I
11   presume?
12   A      Yeah.
13   Q      Until you got it dry?
14   A      Yeah.  Hopefully it's dry.
15   Q      Other than what you have testified to today, are
16   there any other opinions that you have concerning the
17   case?
18   A      No.
19   Q      Okay.
20   A      I just wish it would have never happened.
21   Q      I agree.  Other than the property and the other
22   damages that you have talked about, are you aware of
23   any other damages that you all have had as a result of
24   the December flood?
25   A      No, sir.
```

```
 1              COURT REPORTER'S CERTIFICATE
 2   STATE OF ARKANSAS)
                     )ss.
 3   COUNTY OF SALINE )

 4              I, JANESS FERGUSON SMITH, CCR, RPR, a Notary
 5   Public in and for Saline County, Arkansas do hereby
 6   certify that the facts stated by me in the caption of
 7   the foregoing matter are true; and that the foregoing
 8   matter was transcribed by me, to the best of my ability
 9   and understanding, from my machine shorthand notes
10   taken at the time and place set out in the caption
11   hereto.
12              In accordance with Rule 30(e) of the Rules of
13   Civil Procedure, review of the transcript was waived by
14   the deponent or a party thereto.
15              I FURTHER CERTIFY that I am neither counsel
16   for, related to, nor employed by any of the parties to
17   the action in which this proceeding was taken; and,
18   further that I am not a relative or employee of any
19   attorney or counsel employed by the parties hereto, not
20   financially interested or otherwise, in the outcome of
21   this action.
22              GIVEN UNDER MY HAND AND SEAL OF OFFICE on,
     this, the 25th day of April, 2011.
23
24              _____
                JANESS FERGUSON SMITH, CCR, RPR
25              Notary Public, Saline County
                and Certificate Number 453
```

BUSHMAN COURT REPORTING