# Connie Kirby

**From:** Stewart Kirby [redcows@sbcglobal.net]
**Sent:** Sunday, May 29, 2011 10:45 PM
**To:** Connie Kirby
**Subject:** Fw: Paving of a ditch in a floodplain

----- Forwarded Message ----
**From:** Stewart Kirby <redcows@sbcglobal.net>
**To:** Shawn L. Jackson <Shawn.Jackson@arkansas.gov>
**Sent:** Thu, October 26, 2006 1:55:53 PM
**Subject:** RE: Paving of a ditch in a floodplain

Thank you.

*"Shawn L. Jackson" <Shawn.Jackson@arkansas.gov> wrote:*

Mr. Kirby,
I have cc'd Michael Borengasser on this correspondence so that he will be included in the loop. Mr. Borengasser is the State National Flood Insurance Program Coordinator so perhaps his information will be better than what I can give you. As to the FPA from Beebe being fired in June, Mr. Borengasser should know more about this matter than I do as well. The State lists Allen Ridings as the FPA for Beebe and William Teague as the FPA for White County. I am sure Mr. Borengasser can provide the information you need. Here is his information.

Michael Borengasser, CFM
(501) 682-3969
michael.borengasser@arkansas.gov

I have cc'd him as I have already indicated, but you have his e-mail address if you wish to contact him yourself.

Thank You,
Shawn Jackson

*Shawn L. Jackson, CFM*
*Floodplain Management Specialist*
*Dam Safety/Floodplain Management Section*
*Arkansas Natural Resources Commission*
*101 East Capitol, Suite 350*
*Little Rock, AR 72201*

*Office: (501) 682-3907*
*Fax: (501) 682-3991*

*shawn.jackson@arkansas.gov*

**From:** Stewart Kirby [mailto:redcows@sbcglobal.net]
**Sent:** Thursday, October 26, 2006 1:35 PM

1