Case 4:10-cv-00239-BSM   Document 66-29   Filed 09/02/11   Page 1 of 2

FEDERAL EMERGENCY MANAGEMENT AGENCY          FEMA 265/JULY 1995



# MANAGING FLOODPLAIN DEVELOPMENT

## IN

## *APPROXIMATE ZONE A AREAS*

### A GUIDE FOR OBTAINING AND DEVELOPING BASE (100-YEAR) FLOOD ELEVATIONS



APRIL 1995



EXHIBIT 101

## Detailed Methods

Three essential factors must be determined either by hand calculations or by computer model to determine a BFE by detailed methods. These factors are: 1) floodplain geometry (topography); 2) flood discharge and/or volume (hydrology); and 3) flood height (hydraulics).

Topography involves the measurement of the geometry of a cross section(s) of the floodplain, which includes horizontal and vertical coordinates. The vertical coordinate, or elevation, is related to a vertical datum, such as the National Geodetic Vertical Datum of 1929 or North American Vertical Datum of 1988. The horizontal coordinate, or station, is measured from a reference point along the cross section to establish actual ground points.

Hydrology for the particular location along a stream involves the determination of the peak rate of stream flow [usually measured in cubic feet per second (cfs)] that will occur during a flood (for purposes of determining the BFE, the 100-year flood). When determining lake or pond elevations, a 100-year flood hydrograph is required to determine the BFE.

Hydraulics involves the determination of the water-surface elevation that will occur during a flood (for purposes of determining the BFE, the 100-year flood), the selection of a method to relate the flood discharge to a flood depth, and the selection of Manning's roughness coefficients or "n" values. These "n" values vary depending on the type of materials; degree of irregularity; variation of shape, obstructions, and vegetation; and degree of meandering related to the channel and the floodplain of a stream.

The following sections discuss various methods for determining the topography, hydrology, and hydraulics for a particular location in order to determine a BFE.

### Topography

### Existing Topographic Maps

Before initiating field surveys, determine if there is existing detailed topographic mapping that can be used to generate cross-section data. To adequately describe a floodplain and for use with a hydraulic method to calculate a BFE, topographic map scales and contour intervals must be the same as, or more detailed than, those used to prepare the