**Pam Gilbert**

| | |
|---|---|
| **From:** | Stewart Kirby <stkirby1@gmail.com> |
| **Sent:** | Monday, May 02, 2011 11:30 AM |
| **To:** | pgilbert@swindolllaw.com |
| **Subject:** | Fwd: Floodplain Development (Customer Number-37969) |

Pam,

Here is the email from FEMA stating that a permit is needed for all development within a SFHA and it includes work done by railroads.

Stewart Kirby

---------- Forwarded message ----------
From: **AsktheExpert** <AsktheExpert@riskmapcds.com>
Date: Fri, Mar 12, 2010 at 6:48 AM
Subject: RE: Floodplain Development (Customer Number-37969)
To: stkirby1@gmail.com

We are responding as a representative of the Department of Homeland Security, Federal Emergency Management Agency (FEMA), to your e-mail message, below. Please reference your customer number, which is 37969, in any future correspondence to AsktheExpert@riskmapcds.com.

You asked if a railroad is located within a floodplain does it have to have Floodplain Development Permits to do work on the roadbed.

As per FEMA's Code of Federal Regulation 60.3, permits are required for all proposed construction and other developments in the Special Flood Hazard Area.

We hope this information has addressed the concerns raised in your e-mail. If you need additional information or assistance, please reply to this message and reference your customer number, 37969, or visit the FEMA Flood Insurance website at http://www.fema.gov/business/nfip.

**From:** Stewart Kirby [mailto:stkirby1@gmail.com]
**Sent:** Thursday, March 11, 2010 10:15 AM

**To:** AsktheExpert
**Subject:** Floodplain Development (Customer Number-37969)

If a railroad is located within a floodplain does it have to have Floodplain Development Permits to do work on their roadbed? Ex. replacing trestles or bridges or removing them and replacing them with a built up roadbed.

Stewart Kirby