1

```
 1            IN THE UNITED STATES DISTRICT COURT
 2               EASTERN DISTRICT OF ARKANSAS
 3                     WESTERN DIVISION
 4   DERRICK and ANITA SEYMORE;      *    PLAINTIFFS
 5   SHANE SMITH; THADDEUS and       *
 6   KAY WINTERS; BRIAN and          *
 7   STEPHANIE PARKER; KEITH         *
 8   GRIFFIN; ARNOLD and SHELLY      *
 9   FELBERMAYER; JAMES and NORMA    *
10   TAYLOR; GENE and EMMA ADAMS;    *
11   CONNIE and STEWART KIRBY;       *
12   GREGORY HORNESS; ANTHONY and    *
13   SHERRY HEALY; LINDA CRIDER;     *
14   JONATHAN and RENEE GORDON; and
15   MELTON and RUTH HAYNIE          *
16   vs.                             *    CASE NO. 4:10CR00239 BSM
17   UNION PACIFIC RAILROAD COMPANY       DEFENDANT
18
19        Answers and Oral Deposition of KAY WINTERS, a
20   Plaintiff called for examination by Defendant in the above
21   styled and numbered cause on the 14th day of April, 2011
22   before Wendy A. Golding, Certified Court Reporter and a
23   Notary Public in and for Pulaski County, Arkansas, taken at
24   212 Center Street, Suite 300, Little Rock, Arkansas,
25   commencing at 9:00 a.m.
```

```
 1   that.  I think it was 27.
 2   Q.  So, they didn't -- you said there was a $50,000
 3   estimate.  They didn't agree with that estimate?
 4   A.  Well, that was a different company.  That company that
 5   gave us the $53,000 estimate is the one that we only had
 6   $4700 coverage with.  So they would have given us the --
 7   I'm sure all of that.  Actually they probably -- I don't
 8   know.
 9   Q.  Okay.  Had you made any repairs to the house, is it
10   your understanding you would have been reimbursed those
11   repairs up to whatever the insurance company said they
12   would pay?
13   A.  Yes, sir.
14   Q.  What's the reason that you made the decision not to
15   repair the house?
16   A.  Well, I mean, if we didn't know what caused the flood
17   to begin with and I wasn't going -- I couldn't afford to
18   put new furniture back in there and let it do that again.
19   So, I didn't want anything to do with it.  I mean, I just
20   couldn't handle that.
21       They put a dumpster in our front yard and we watched
22   them load everything with a forklift into the dumpster.  It
23   was not a pleasant experience.
24   Q.  Did you ever have any thoughts about repairing the
25   house and then trying to sell it?
```

```
 1                    C E R T I F I C A T E

 2     STATE OF ARKANSAS

 3     COUNTY OF PULASKI

 4     IN RE:   ORAL DEPOSITION OF KAY WINTERS

 5

 6                         * * * * * * * *

 7     I, WENDY A. GOLDING, Certified Court Reporter, a Notary
       Public in and for the aforesaid county and state, do hereby
 8     certify that the above-named witness was duly sworn by me
       prior to the taking of testimony as to the truth of the
 9     matters attested to and contained therein; that the
       testimony of said witness was taken by me in stenotype and
10     was thereafter reduced to typewritten form by me or under
       my direction and supervision; that the foregoing transcript
11     is a true and accurate record of the testimony given to the
       best of my understanding and ability.
12
       In accordance with Rule 30 (e) of the Rules of Civil
13     Procedure, review of the transcript was not requested by
       the deponent or any party thereto.
14
       I FURTHER CERTIFY that I am neither counsel for, related
15     to, nor employed by any of the parties to the action in
       which this proceeding was taken; and, further, that I am
16     not a relative or employee of any attorney or counsel
       employed by the parties hereto, nor financially interested,
17     or otherwise, in the outcome of this action; and that I
       have no contract with the parties, attorneys, or persons
18     with an interest in the action that affects or has a
       substantial tendency to affect impartiality that requires
19     me to relinquish control of an original deposition
       transcript or copies of the transcript before it is
20     certified and delivered to the custodial attorney, or that
       requires me to provide any service not made available to
21     all parties to the action.

22

23     _____

24     WENDY A. GOLDING
       Certified Court Reporter
25     LS Certificate No. 634
```

OFFICIAL SEAL
WENDY A. GOLDING
NOTARY PUBLIC - PULASKI CO., AR
COMMISSION EXPIRES 10-7-2013
CERTIFIED COURT REPORTER
ARKANSAS SUPREME COURT
CERTIFICATE NO. 634