**ENGINEERING, INC.**

January 11, 2010

City of Beebe
321 North Elm
Beebe, Arkansas  72012

ATTN:  Mayor Mike Robertson

RE:   2009 Flooding
      Beebe, Arkansas
      B&F No. 7-2085-3402

Dear Mayor Robertson:

We have reviewed the area flooded in December 2009, the flood level, the existing drainage facilities, the topography, the watersheds, and the FEMA maps.

The flood level in the vicinity of Birchwood, the southern part of Tori Lane, and April Cove appears to have been at approximately an elevation of 220 feet.

The elevation of the top of the rails near trussel no. 3149, which is near the City's wastewater pumping station no. 16, is 219.57 feet.

We were unable to thoroughly inspect the southeast side of the railroad track for a high-water mark.  We will attempt this effort again next week.

Based on the information we have at this time, the flooding agrees with the FEMA maps.

The FEMA maps indicate that the flooding would be the result of backwater from Cypress Bayou.

Therefore, more openings in the railroad would not have prevented nor reduced the flooding.

Hot Springs Office:  928 Airport Road • Hot Springs, Arkansas 71913 • Phone: 501-767-2366 • Fax: 501-767-6859
Malvern Office:  118 W. Second Street • Malvern, Arkansas 72104 • Phone: 501-332-3107 • Fax: 501-332-3107
Web Site: www.bnfeng.com

Mayor Mike Robertson
B&F No. 7-2085-3402
January 11, 2010
Page 2 of 2

We are attaching one copy each of the following documents:

1. Location map, structures in the flood plain, dated June 2001, and indicating the FEMA map's flood level at that time.

2. Map of Winwood flood area indicating current structures and current FEMA maps flood level.

3. List of structures and flood levels.

                                          Respectfully submitted,

                                          B&F ENGINEERING, INC.

                                          Donald E. Beavers, P.E.

DEB/lmd

cc: Mr. Milton McCullar