```
 1              IN THE UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF ARKANSAS
 2                      WESTERN DIVISION
    ─────────────────────────────────────────────────
 3  DERRICK and ANITA SEYMORE;
    SHANE SMITH; THADDEUS and
 4  KAY WINTERS; BRIAN and STEPHANIE
    PARKER; KEITH GRIFFIN;
 5  ARNOLD and SHELLY FELBERMAYER;
    JAMES and NORMA TAYLOR;
 6  GENE and EMMA ADAMS;
    CONNIE and STEWART KIRBY;
 7  GREGORY HORNESS; and
    ANTHONY and SHERRY HEALY;
 8  LINDA CRIDER; JOHNATHAN and
    RENEE GORDON                                PLAINTIFFS
 9
    VS.              CASE NO. 4:10-CV-239 BSM
10
    UNION PACIFIC RAILROAD COMPANY              DEFENDANT
11  ─────────────────────────────────────────────────
12

13            ORAL DEPOSITION OF BUDDY GUYOT

14                    April 13, 2011

15  ─────────────────────────────────────────────────
```

D ORIGINAL

BUSHMAN COURT REPORTING
620 West Third, Suite 302
Little Rock, Arkansas  72201
501.372.5115

BUSHMAN COURT REPORTING

1   maintenance, to your knowledge?
2   A     That's correct.
3   Q     Now, have you had continuous drainage issues
4   since that trestle was filled in?
5   A     Yes, sir.
6   Q     And they were different than they were before the
7   trestle was filled in?
8   A     Yes, sir.
9   Q     Explain the difference.
10  A     We just had more water than we could get out, and
11  that is the reason we dug the grudge ditch.
12  Q     Did the water seem to get higher on this side of
13  the tracks as a result of the closure from your
14  perspective?
15  A     Yes, sir.
16  Q     Okay.  Now, a short time later or later B burned;
17  is that right?
18  A     Yes, sir.
19  Q     Okay.  And you saw the smoke, but you didn't see
20  the source of that fire, is what I heard you say; is
21  that right?
22  A     That's correct.
23  Q     Was it, in fact, filled in by the railroad as
24  well?
25  A     Yes, sir.

```
 1                COURT REPORTER'S CERTIFICATE
 2    STATE OF ARKANSAS)
                      )ss.
 3    COUNTY OF SALINE )
 4              I, JANESS FERGUSON SMITH, CCR, RPR, a Notary
 5    Public in and for Saline County, Arkansas do hereby
 6    certify that the facts stated by me in the caption of
 7    the foregoing matter are true; and that the foregoing
 8    matter was transcribed by me, to the best of my ability
 9    and understanding, from my machine shorthand notes
10    taken at the time and place set out in the caption
11    hereto.
12              In accordance with Rule 30(e) of the Rules of
13    Civil Procedure, review of the transcript was waived by
14    the deponent or a party thereto.
15              I FURTHER CERTIFY that I am neither counsel
16    for, related to, nor employed by any of the parties to
17    the action in which this proceeding was taken; and,
18    further that I am not a relative or employee of any
19    attorney or counsel employed by the parties hereto, not
20    financially interested or otherwise, in the outcome of
21    this action.
22              GIVEN UNDER MY HAND AND SEAL OF OFFICE on,
      this, the 13th day of April, 2011.
23
24                       JANESS FERGUSON SMITH, CCR, RPR
                         Notary Public in Saline County
25                       and
                         Certificate No. 453
                    BUSHMAN COURT REPORTING
```