IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
Western Division

DERICK and ANITA SEYMORE; SHANE
SMITH; THADDEUS and KAY WITHERS;
BRIAN and STEPHANIE PARKER; KEITH
GRIFFIN; ARNOLD and SHELLY FELBERMAYER;
JAMES and NORMA TAYLOR; GENE and EMMA
ADAMS; CONNIE and STEWART KIRBY; GREGORY
HORNESS; and ANTHONY and SHERRY HEALY;
LINDA CRIDER; JONATHAN and RENEE GORDON;
and JEFFREY and SARA MESKO                    Plaintiffs

vs.              No. 4:10-CV-239 BSM

UNION PACIFIC RAILROAD

---

# ORAL DEPOSITION

of

# MR. RANDY JOE GOLDEN

---

Wednesday, June 22, 2011

Little Rock, Arkansas

**DEES COURT REPORTING**
Cheryl D. Dees, C.C.R.
7121 Kingwood Road
Little Rock, Arkansas 72207
(501) 666.1041
e-mail: cheryldees@sbcglobal.net    **    www.deescourtreporting.com

```
 1  he does...when he puts it in the computer, he puts it
 2  in for the gangs.  They put it in what we call an
 3  "E.P.Z. Report."
 4  Q     Uh-huh.
 5  A     And, anyway, this would say, like...he'll put
 6  the gang, and he'll assign a gang number to it,
 7  "1032," and then he might say, "It's Mile Pole," and
 8  he may say, "Need to install six ties."
 9  Q     Okay.
10  A     You know, tied to, something, something like
11  that.
12  Q     All right.  Now, but any report that you would
13  have, has, if it has "Golden" on it, it would come to
14  you, is what I'm hearing you say?
15  A     Yes, sir.
16  Q     The results of that inspection?
17  A     Yes, sir, what I can do is I can go in the
18  system, in the computer and pull his inspections up
19  and look at them.
20  Q     Okay.  And do you have any independent duty to
21  inspect out there, Randy?
22  A     I do some relief inspecting when the track
23  inspector is on vacation.
24  Q     Okay.
25  A     Because we have to meet the guidelines of twice
```

```
 1  a week, so the territory has to be covered, whether
 2  it's me or the track inspector.
 3  Q     And besides that, besides you having to
 4  substitute for one of the inspectors, do you have any
 5  independent inspection duties out there?  Do you go
 6  out there yourself and inspect stuff?
 7  A     Sometimes.
 8  Q     Okay, so you have been through this area,...
 9  A     Yes, sir.
10  Q     ***inspecting it?
11  A     Uh-huh.
12  Q     Have you seen water on the ground beside the
13  track there?
14  A     Yes, sir.
15  Q     How often have you seen that?
16  A     Oh, that area down through there, it's a slough
17  area, so there is some water that stands just about
18  year-round.
19  Q     Okay, yeah.  Now, does water come into play
20  with the maintenance guy?  When you see water like
21  that, does it create any questions or create any
22  thoughts about, from you, about, *We need to look at
23  this, we need to fix this because it might affect the
24  railroad bad?*
25  A     Yes, sir, depending on the situation.  If it
```

Cheryl D. Dean, C.C.R.

16

```
 1  any attorney or counsel employed by the parties
 2  hereto, nor financially interested, or otherwise, in
 3  the outcome of this action; and that I have no
 4  contract with the parties, attorneys, or persons with
 5  an interest in the action that affects or has a
 6  substantial tendency to affect impartiality, that
 7  requires me to provide any service not made available
 8  to all parties to this action.
 9       WITNESS MY HAND AND SEAL, as such Court
10  Reporter, this 22nd day of June, 2011.
11
12
13                          _____
14                               CHERYL D. DEES
15                          CERTIFIED COURT REPORTER
16                             Certificate LS # 43
17
18               * * * * * * * * * *
```

Cheryl D. Dees, C.C.R.