IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
Western Division

DERICK and ANITA SEYMORE; SHANE
SMITH; THADDEUS and KAY WITHERS;
BRIAN and STEPHANIE PARKER; KEITH
GRIFFIN; ARNOLD and SHELLY FELBERMAYER;
JAMES and NORMA TAYLOR; GENE and EMMA
ADAMS; CONNIE and STEWART KIRBY; GREGORY
HORNESS; and ANTHONY and SHERRY HEALY;
LINDA CRIDER; JONATHAN and RENEE GORDON;
and JEFFREY and SARA MESKO                    Plaintiffs

vs.              No. 4:10-CV-239 BSM

UNION PACIFIC RAILROAD

---

# ORAL DEPOSITION

of

# MR. MATTHEW O'NEAL MEARS

---

Wednesday, June 22, 2011

Little Rock, Arkansas

**DEES COURT REPORTING**
Cheryl D. Dees, C.C.R.
7121 Kingwood Road
Little Rock, Arkansas 72207
(501) 666.1041
e-mail: cheryldees@sbcglobal.net   **   www.deescourtreporting.com

```
 1  something, you know, but I mean, as far as bridge
 2  work, that's the bridge deal.  We're on two different
 3  deals.
 4  Q    Just so I'm clear, how do you determine that
 5  drainage is a problem?  What do you look at?
 6          MR. McKAY:  Object to form and foundation.
 7  Go ahead.
 8          THE WITNESS:  If there is logs or, you
 9  know, stuff like that right there (witness
10  indicating), you know, at the bottom of the bridge
11  that's, that could hold back water flow, that's what
12  I look for.  Weeds or anything like that, water is
13  going to cut down weeds, but I'm talking like log
14  piles or anything like that.
15  BY MR. SWINDOLL:  (continuing)
16  Q    Do you ever look at the channels to see if
17  they're too full, silting?
18  A    I don't understand what you're asking me.  If
19  there is dirt...
20  Q    Uh-huh.
21  A    Yeah.
22  Q    Filling up?
23  A    Yeah, uh-huh.
24  Q    Have you ever been in a situation where you have
25  had to clean out the,...
```

```
 1   A     Uh-huh.
 2   Q     ***ask people to clean out the drainage...
 3   A     Yeah.
 4   Q     ***and a trestle because it had silted up and
 5   was no longer giving as much drainage as it should?
 6   A     Sure.
 7   Q     Is that something that an inspector looks at?
 8   A     Sure.
 9   Q     Is that something that is a concern to you, as
10   an inspector, if a trestle was not draining properly?
11   A     Yes.
12   Q     What happens when a trestle doesn't drain
13   properly?
14   A     It causes water to back up.
15   Q     And if it backs up high enough, it gets to be a
16   problem?
17   A     Sure.
18   Q     As we discussed?
19   A     Uh-huh.
20   Q     So if it's backing up, even if it hasn't reached
21   the level that we discussed earlier, is it a problem
22   that drainage, in drainage?
23   A     It depends on how high it is.  I'm looking at
24   each side of it to make sure it's coming through
25   there, there is no obstructions.
```

```
 1  attorney or counsel employed by the parties hereto,
 2  nor financially interested, or otherwise, in the
 3  outcome of this action; and that I have no contract
 4  with the parties, attorneys, or persons with an
 5  interest in the action that affects or has a
 6  substantial tendency to affect impartiality, that
 7  requires me to provide any service not made available
 8  to all parties to this action.
 9       WITNESS MY HAND AND SEAL, as such Court
10  Reporter, this 23rd day of June, 2011.
11
12
13                          _____
14                               CHERYL D. DEES
15                          CERTIFIED COURT REPORTER
16                            Certificate LS # 43
17
18            * * * * * * * * * *
```